```
                                        FILED
                                    WILLIAMSPORT, PA

                                      DEC 2 2 2003

                                    MARY E. D'ANDREA, CLERK
                                    Per_____KLW_____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FURNARI,            :

      Petitioner,         :     **CIVIL ACTION**

v.                              :     **4:03cv2046**

UNITED STATES PAROLE COMMISSION :
and WARDEN, Federal Correctional
Institution - Allenwood, Pa.,   :

      Respondents.        :

### PETITIONER FURNARI'S SUBMISSION OF EXHIBITS
### IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

In support of his petition under 28 U.S.C. § 2241 for a writ of habeas corpus, the petitioner, Christopher Furnari, submits copies of pertinent documents, referred to in his petition and in the supporting memorandum by the following exhibit numbers. In addition to the 17 exhibits attached to this Submission, petitioner's pre-sentence investigation report

and an attached amendment to the PSI are being submitted separately for filing under seal.

Dated: 12/19/03

Respectfully submitted,
THE PETITIONER

BY: PETER GOLDBERGER
JAMES H. FELDMAN, JR.
50 Rittenhouse Place
Ardmore, PA   19003

(610) 649-8200

Attorneys for the Petitioner

Index of Petitioner's Exhibits

A. Third Superseding Indictment,
   No. SSS 85-CR-139 (RO) (S.D.N.Y. 1986)

B. Judgment & Commitment (filed 1/13/87)

C. Transcript of testimony of Thomas Carew in United States v. Pagliarulo (E.D.N.Y.) (May 1994).

D. Letter from AUSA Kelley to D. Breitbart, Esq. (12/4/95)

E. Letter from AUSA Kelley to Parole Commission (8/1/96)

F. Transcript of tape of hearing before the United States Parole Commission (12/3/96)

G. Letter from AUSA Kelley to Regional Commissioner (12/11/96)

H. Notice of Action: Regional Commissioner (1/8/97)

I. Notice of Action: National Appeals Board (8/19/97)

J. Affidavit of AUSA George A. Stamboulidis (E.D.N.Y.) (dated 12/16/97, notarized 12/17/96)

K. Notice of Action: National Appeals Board (4/2/99)

L. Letter from AUSA Kelley to Parole Commission (9/25/00)

M. Transcript of tape of hearing before the United States Parole Commission (12/8/00)

N. Notice of Action: Regional Commissioner (12/27/00)

O. Notice of Action: National Appeals Board (4/24/01)

P. Notice of Action: Regional Commissioner (8/13/02)

Q. Notice of Action: National Appeals Board (11/18/02)