AUSA: CHERTOFF

**United States District Court** for
Southern District of New York

**DEFENDANT:** CHRISTOPHER FURNARI a/k/a "Christie Tick"
Date of offense 3/86
DOCKET NO. SSS85-0139-06 (RO)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

**COUNSEL:** In the presence of the attorney for the government the defendant appeared in person on this date — MONTH 1 DAY 13 YEAR 87

[ ] WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[x] WITH COUNSEL — Barry M. Fallick, esq. (Name of Counsel)

**PLEA:** [ ] GUILTY, and the court being satisfied that there is a factual basis for the plea,   [ ] NOLO CONTENDERE,   [ ] NOT GUILTY

**FINDING & JUDGMENT:** There being a finding/verdict of [x] GUILTY.
Defendant has been convicted as charged of the offense(s) of engaging in an enterprise which operated, supervised, promoted crim. activities in interstate commerce and did unlawfully, wilfully and knowingly, combine, conspire to participate in the conduct of the affairs of that enterprise through a pattern of racketeering activities. It was pattern of racketeering activities to unlawfully, wilfully obstruct and affect commerce by extortion by use of actual and threatened force, violence and fear of economic loss. T18, USC Sec 1961(4);1962(c)(d);1961(1) and 1961(5); T29, USC Sec 186(b)(1) T18, USC Sec 2; T18, USC Sec 891 and 892.

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

**SENTENCE OR PROBATION ORDER:** On counts 1, 2,4,12,14- 20 YEARS, on each count to run consecutively for a total prison term of ONE HUNDRED YEARS. On counts 3,6,8,10,16- 20 YEARS, on each count to run consecutively with each other and concurrent with cts 1,2,4,12,& Counts 17,19,22,23- 20 YEARS on each count. Count 24-14 YEARS. Counts 5, 9,11,13,15- 1 YEAR on each count. Counts 17,19,22,23,24,5,7,9,11,13,15, are to run consecutively with each other and concurrent with counts 1,2 4,12,14,3,6,8,10 & 16. COMMITTED FINE of $25,000., on each of counts 1 & 2. Fine of $10,000., on each of counts 3-17,19,22,23 & 24, for a total committed fine of $240,000. Pursuant to T28,Sec1918-assessment of costs of prosecution collectively and individually according to law. Pursuant to T18,USC Sec 3013-assessment of $25.00, on counts 5,7,9,11,13 & 15; $50.00, on counts 1-4,6,8,10,12,14,16,17,19,22,23,24, for a total assessment of $900.00. Original indictment and S/SS are dismissed. Deft. is remanded.

**SPECIAL CONDITIONS OF PROBATION:**

**ADDITIONAL CONDITIONS OF PROBATION:** In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION:** The court orders commitment to the custody of the Attorney... that there be no parole.

RECEIVED JAN 2 ...

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

CERTIFIED AS A TRUE COPY ON THIS DATE _____

COMMUNITY PROGRAMS
NEW YORK, NEW YORK

CENTRAL FILE
CLERK
DEPUTY

**SIGNED BY:** [x] U.S. District Judge   [ ] U.S. Magistrate

RICHARD OWEN, USDJ   1/13/87