

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 1996

By Facsimile
Sam Shoquist
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
(301) 492-5525

Re: Christopher Furnari Reg. No. 19815-054

Dear Mr. Shoquist:

The Government submits this letter in connection with Furnari's parole hearing, which is currently scheduled for Tuesday, August 6, 1996 at FCI Allenwood. For the reasons set forth below, we respectfully recommend that any request by Furnari to be released on parole at this time be denied.

Furnari, the Consigliere of the Luchese Organized Crime Family, was convicted in November 1986 in this district in United States v. Salerno, et al. SSS 85 Cr. 139 (RO), which was a RICO prosecution of the mafia's "Commission," a group of the most powerful members of the organized crime families of New York who controlled and coordinated various racketeering activities including murder, loansharking, and extortion. Furnari was sentenced in 1987 to 100 years imprisonment. At the time of his conviction, Furnari was one of the most powerful and respected members of the mafia in New York. For many years prior to his conviction, Furnari had been an active member and capo in the Luchese Family who participated in many violent acts in addition to those for which he was convicted. Moreover, and as set forth below, Furnari is still a highly respected Luchese Family member who is likely to return to a high-ranking position if granted an untimely release on parole.

## Furnari's Violent Past

In the years since Furnari's conviction, the Government has successfully prosecuted many members and associates of the Luchese Family for a variety of violent racketeering offenses. These prosecutions were made possible in large part by several cooperating witnesses who themselves formerly were members and associates of La Cosa Nostra. Several of those cooperators, including Alfonso D'Arco (former acting Luchese Family Boss),

Sam Shoquist                                                                          2
United States Parole Commission
August 1, 1996

Anthony "Gaspipe" Casso (Luchese Family Consigliere and Underboss), Peter Chiodo (Luchese Family Capo) and Thomas "Tommy Irish" Carew (Luchese Family associate), have been debriefed concerning Furnari's criminal activities prior to his incarceration.[1] Among the information these witnesses have provided about Furnari is the following:

    1.  Casso -- who rose to the level of Consigliere not long after Furnari's conviction -- and Carew have independently reported that Furnari was involved in the murder in the mid-1970's of Lee Schleifer, who was at the time a confederate in narcotics trafficking with a Luchese Family associate. Specifically, the witnesses report that Furnari -- who was a capo at the time -- requested that Casso execute Schleifer when members of the Luchese Family came to suspect Schleifer of cooperating with law enforcement. With the help of a Luchese associate, Casso lured Schleifer to a vacant Brooklyn social club one winter day, where Schleifer was shot. Furnari and Carew, who were waiting at a nearby restaurant, were then summoned to the social club, and Schleifer's body was then removed and dumped on a dead end street in Brooklyn. According to the New York City Police Department, Schleifer's body, which had suffered a gunshot wound, was discovered on a Brooklyn street on February 18, 1975.

    2.  Casso and Carew also reported that, in the early 1980's Furnari issued a "contract" to Casso to murder Luchese Family associate Richard Taglianetti. According to the witnesses, Taglianetti was targeted for execution because it was believed that he had participated in the murder of the son of Angelo DeFendis, a member of the Luchese Family. In sum, after DeFendis's son was murdered, DeFendis met with Furnari at the 19th Hole Bar -- where Furnari typically met with other Luchese Family members -- and asked for Furnari's help in avenging the death of DeFendis's son. Furnari assented, suggested that DeFendis and his wife leave town for a while, and then instructed members of Furnari's crew, Casso and Vittorio "Vic" Amuso -- who later became the boss of the Luchese Family -- to murder Taglianetti. Although Casso and Amuso took steps to locate and murder Taglianetti, word of the murder contract soon leaked to Taglianetti and he went on the lam for several years. Not until Taglianetti resurfaced in Brooklyn in

---

[1] Each of these cooperators have pleaded guilty to a variety of violent racketeering offenses -- including murders -- and have testified at numerous proceedings including trials and depositions, and have also appeared before federal grand juries. Indeed, Casso testified before the Senate Permanent Committee on Investigations.

Sam Shoquist
United States Parole Commission
August 1, 1996

ZA00088

successfully carried out the assault plot, Wolford left the New York area.

   6. Chiodo also reported that in 1987, Chiodo received word from Furnari, through Furnari's son, then Luchese capo Christopher "Jumbo" Furnari, Jr., that Chiodo was to give a beating to Joseph Martinelli, a principal of Northberry Concrete, who reportedly had failed to make the extortion payments that had been ordered by Furnari Jr.[4] The beating was never carried out because Chiodo eventually succeeded in collecting thousands of dollars in extortion money from Martinelli. Both Casso and D'Arco independently reported that discussions within the Family were held concerning whether Martinelli should be killed or beaten when it was discovered that he was not paying the Family's extortion demands.[5]

   7. In addition to the above, it is D'Arco's understanding that virtually every murder contract carried out by Luchese Family members while Furnari was the Family's Consigliere was first sanctioned by Furnari.

### Furnari's Future in Organized Crime if Released

   Since approximately 1991, the Luchese Family's power and control over many of its illicit operations has been severely undermined as a result of numerous federal prosecutions. These prosecutions have resulted in the convictions of many Luchese Family members. Included among the convicted are Vittorio Amuso, who replaced Anthony Corallo as Boss shortly after Corallo was convicted in the same case as Furnari, and Anthony Casso, who, as Consigliere, was one of Furnari's successors. We have learned that although he is incarcerated, Amuso continues to exert tremendous influence over the ongoing affairs of the Luchese Family.

   Through D'Arco, Chiodo, and current confidential

---

[4] According to several witnesses and informants, Furnari Jr. was assigned to run Furnari's crew while he was incarcerated. However, because Furnari Jr. did not cooperate with the Luchese hierarchy, particularly Amuso and Casso, his membership in the Family was essentially revoked and he was "shelved." Furnari Jr.'s removal from the family was virtually unprecedented, since those in his predicament customarily would be executed. However, according to several sources, Furnari Jr.'s life was spared out of respect for the Family's imprisoned Consigliere, Furnari Sr.

[5] Carew essentially corroborates Chiodo's account. However, Carew believes that Furnari Jr. never had his father's permission to give the order for Martinelli's beating.

ZA00089   5

Sam Shoquist
United States Parole Commission
August 1, 1996

informants, we know that Furnari is in the eyes of Luchese Family members and associates a living legend, who still is highly respected and revered by them. In fact, we know through informant information that Amuso considers Furnari to be his mentor. Should Furnari be released it is likely -- indeed expected by current Luchese Family members -- that Furnari will be called upon to fill the leadership void in the Luchese Family.

In view of the foregoing, and the clear intention by the sentencing judge that Furnari serve an extensive prison term, it is respectfully recommended that Furnari not be released on parole at any time in the near or distant future.

Respectfully submitted,

MARY JO WHITE
United States Attorney

By: _____
DAVID N. KELLEY
Chief, Organized Crime & Terrorism
Tel.: (212) 791-1131

cc: David Breitbart, Esq.
    Jim Clark, FCI Allenwood