# *Sal Furnari*

## *Hearing for Chris Furnari*

### *12/08/00*

PROCEEDINGS                                    2

1

2          THE HEARING EXAMINER:  Mr.

3   Christopher Furnari, is that

4   correct?

5          MR. FURNARI:  Yes.

6          THE HEARING EXAMINER:  Mr.

7   Furnari, my name is

8   [unintelligible].  We met before at

9   the [unintelligible] hearing that I

10  did at your case.  I'm here today

11  to provide you with an initial

12  hearing in your case after some

13  litigation and the decision of the

14  Parole Commission to open your case

15  and schedule you for a new initial

16  hearing.

17      You have -- are you prepared

18  today to have this hearing?

19          MR. FURNARI:  Yes.

20          THE HEARING EXAMINER:  Yes?

21  Okay.  And you have the most recent

22  letter of Mr. Kelly disclosed to

23  you; is that correct?

24          MR. FURNARI:  Yes.

25          THE HEARING EXAMINER:  Okay.  I

1

2    have been informed prior to coming

3    out here today that Mr. Kelly, who

4    was expected to be present for

5    today's hearing, will not be here

6    at today's hearing.  So he will not

7    be here.  The hearing will be

8    conducted by myself.  We'll be

9    relying on the letter submitted by

10   Mr. Kelly.  And of course you and

11   counsel will have the chance to

12   offer your comments relative to

13   that most recent letter as well as

14   the prior letters that were in the

15   file.

16        Upon arriving today I did note

17   that you had two representatives

18   present, and I asked one

19   representative to leave because,

20   per the Parole Commission rules and

21   procedures, you're entitled to one

22   representative, and that's what I'm

23   allowing you today.  I do note that

24   your representative present today

25   is -- counsel, do you have your

PROCEEDINGS                         4

1
2   card?  We've met before, I know.

3        MR. BREITBART:  Yes.  My name

4   is David Breitbart, B-R-E-I-T-B-A-

5   R-T.

6        THE HEARING EXAMINER:  Okay,

7   Mr. Breitbart.  I do know that

8   prior to turning on the tape and

9   when I excused your co-counsel, you

10  wanted to place your objection to

11  that on the record.  You may do so

12  at this point.

13        MR. BREITBART:  Sure.  Mr.

14  [unintelligible], just as a matter

15  of courtesy, Mr. Cartagena and I

16  have been working on this parole

17  proceeding for several years now.

18  He did drive down with me today,

19  which you know is a pretty

20  extensive trip from New York.  We

21  had not anticipated more than one

22  of us speaking during the course of

23  the proceeding.  But, as you very

24  well may be aware, somebody may be

25  the trial man, somebody is the law

1

2    man.  As you can tell by our

3    letter, which was written to Ms.

4    Joan Rissoni [phonetic], dated

5    December 6 -- I don't know if you

6    received a copy of it.  I brought

7    an extra copy just in case you did

8    not.

9         THE HEARING EXAMINER:  I'm not

10    entirely sure if it's in here, but

11    go ahead.

12         MR. BREITBART:  Let me give you

13    a copy of this response to Mr.

14    Kelly's letter of --

15         THE HEARING EXAMINER:  It will

16    be in our file here.  I did bring

17    the file with me.

18         MR. BREITBART:  You can in fact

19    see that there's a specific mention

20    that Mr. Cartagena has been working

21    with me on the thing.  We don't

22    mean in any way would want to

23    deviate from your rules and

24    procedures and we don't want the

25    Commission of Parole to be

PROCEEDINGS                                6

1

2    offended, but it would be very,

3    very helpful to have the law man

4    present, not to speak on the

5    record, but just to whisper to me.

6    Especially since you've been on

7    notice from the point of just legal

8    courtesy I would impose upon you to

9    allow Mr. Cartagena, who's taken

10   the entire day to be here, to help

11   me in the presentation of the facts

12   in the case.  There are a lot of

13   facts --

14        THE HEARING EXAMINER:  Okay,

15   counselor, thank you very much.  I

16   think you've made your point.  I'm

17   going to overrule your objection.

18   We're going to move on at this

19   point in time.

20        In terms of the initial

21   hearing, you're currently serving a

22   100-year sentence, which the

23   computation began in 1987.  You

24   received 58 days of jail time

25   credit.  You're well aware of the

PROCEEDINGS                                7

1

2    charges that you were convicted of

3    and we've gone through them before

4    in prior hearings relative to

5    racketeering, racketeering

6    conspiracy and extortion.

7        The general methodology that I

8    utilize for doing a hearing is to

9    begin by talking about the present

10   offense behavior and also the

11   points of controversy, which I'm

12   well acquainted with, given the

13   litigation that's brought us here

14   today, the credibility of one

15   witness in particular, and possibly

16   all the information used against

17   you to rate your case as a Category

18   8.  In short, in a nutshell, that's

19   what it appears to be.

20       And then after that I generally

21   get into issues of salient factors

22   for possible release planning and

23   any other information concerning

24   co-defendants that we have on the

25   record.

1          PROCEEDINGS                8

2              Since we've been through this

3          a couple of times before, and since

4          your salient factor score is

5          already very good, because you have

6          a score of 8, I was just going to

7          cover that first so we don't have

8          to cover it at the end.  And do you

9          recall what the salient factor

10         score was?

11             MR. FURNARI:  [Unintelligible]

12             THE HEARING EXAMINER:  Right.

13         But do you recall what it means?

14         It's a risk assessment tool.  Okay.

15             So your salient factor score is

16         an 8, which puts you in a very good

17         category.  You can't get any higher

18         than that.

19             In terms of co-defendants,

20         there are a number of co-defendants

21         that we looked up prior to coming

22         here in our computer system that

23         were involved in your case.  Each

24         of them appears -- the ones that

25         have come up for parole have been

NATION-WIDE REPORTING & CONVENTION COVERAGE
305 Broadway, Suite 408, New York, NY 10007
(212) 227-7440 * (800) 221-7242 * FAX (212) 227-7524

PROCEEDINGS                          9

1

2          rated as a Category 8.  One has

3          died:  Ralph Scappo.  And in terms

4          of release planning, and I believe

5          at the last hearing I talked to you

6          a little bit about it, if you're

7          able to prevail in your case and

8          ultimately get out you want to go

9          back to what city?  Where were you

10         going to reside ultimately if

11         you're able to preside?

12             MR. FURNARI:  Well, anywhere.

13         It don't mention.

14             MR. BREITBART:  I think on the

15         last occasion it was indicated that

16         Mr. Furnari would be living either

17         at home with his wife and son or he

18         could move down to Florida, where

19         his other son resides.

20             THE HEARING EXAMINER:  Right.

21         I call that.

22             MR. BREITBART:

23         [Unintelligible] wherever the

24         Parole Board thought would be a

25         better way.  We thought getting

PROCEEDINGS                    10

1

2          away from New York, which has been

3          the subject matter of the

4          underlying indictment, would have

5          been a better facility, him being

6          in Florida with his other son.  But

7          he's amenable to either/or.

8               THE HEARING EXAMINER:  Now

9          let's get into the heart of the

10         case.  The heart of the case, as it

11         was when you explained it to me at

12         the statutory interim hearing, is

13         the credibility of a person named

14         Casso, who had given information

15         incriminating to you, as well as

16         information that we got from Mr.

17         Kelly and other individuals who Mr.

18         Kelly has used as corroborating

19         individuals, corroborating

20         individuals to corroborate Casso.

21              I felt the best way to approach

22         this is just to go through each of

23         the -- again from Mr. Kelly's

24         letter -- homicides or assaults,

25         take the information from Mr.

2  Kelly's letter, and then give you

3  an opportunity to respond to that.

4  Give you an opportunity to respond

5  to each one.

6        MR. BREITBART:  May we have a

7  preliminary opportunity to express

8  some views and show you some

9  evidence with regard to Mr. Kelly's

10  presentation?

11        THE HEARING EXAMINER:  I'll

12  give you an opportunity at the end

13  to summarize.

14        MR. BREITBART:  It's the basis

15  for the entire attack

16  [unintelligible] by Mr. Bernard.

17        THE HEARING EXAMINER:  I'll

18  give you a chance at the end to

19  summarize. I will present the

20  charges that we're talking about.

21  At the end you can speak to each of

22  those and then you will have an

23  opportunity to summarize at the

24  end.

25        MR. BREITBART:  Mr.

[unintelligible], one of the
things that we've been trained as
attorneys to do is to avoid even
the appearance of impropriety.
When Mr. Kelly appeared here, we
didn't know that he was one of the
teachers on the faculty of the
Bureau of Parole.  We've now
learned that.

We know that Mr. Schuck
[phonetic], [unintelligible] and
listens to, and I've got the
organizational charts, Mr. Kelly as
a member of your faculty.

THE HEARING EXAMINER:  I don't
even know that he's a member of the
faculty.

MR. BREITBART:  It's right
here, sir.  It's on your own
authorization memorandum from the
Bureau of [unintelligible].

THE HEARING EXAMINER:  Mr.
Breitbart, I am going to go through
each of these instances.  I will

PROCEEDINGS                                13

give you the opportunity to

respond to each of these instances.

And we can talk, and you can

present your evidence as to, in

your statements, as to why these

individuals and Mr. Kelly's

statements are not credible.  I

will take those down.  After that I

will give you a chance to summarize

on behalf of your client.  That is

the format that we're going to

follow today.

        MR. BREITBART:  We're going to

do whatever you say, obviously, Mr.

Kostbar, because you're the boss

and you're running the operation,

and Mr. Furnari's life is at stake.

All I'm asking you is the

flexibility to make a presentation

[unintelligible]

        THE HEARING EXAMINER:  Mr.

Breitbart, I am not the boss.  I am

the Hearing Examiner who sets the

course of the hearing.  You are his

PROCEEDINGS                          14

representative.  I will allow you

the opportunity to represent him.

MR. BREITBART:  I appreciate

that.

THE HEARING EXAMINER:  Thank

you.  You are not functioning as

his counsel at this hearing as far

as the Parole Commission

regulations are concerned.

MR. BREITBART:  The point that

I was trying to make is that it's

apparent under decision of the

Third Circuit Court of Appeals that

Casso, or making a decision based

upon Casso to the Third Circuit

Court of Appeals, and of course not

to you, would be an irrational

basis.  I'm trying to just show you

what we've got in order to

[unintelligible]

THE HEARING EXAMINER:  I will

let you make a summary statement at

the end.

MR. BREITBART:  We'll take it

1
2          whenever you order it.

3               THE HEARING EXAMINER:  Thank

4          you.

5               The Lee Scheffler homicide,

6          Page 5 and 6 of the Kelly letter.

7          Mr. Kelly indicates to us that

8          according to Casso Furnari ordered

9          the execution of Scheffler in 1975.

10         His information was independently

11         corroborated by Thomas Tommy Irish

12         Carew, who was a Luchese Family

13         associate.

14              According to Carew, Casso lured

15         the victim to a social club and

16         murdered him while Carew and

17         Furnari waited together in a nearby

18         restaurant until the murder was

19         committed, then met Casso at the

20         social club after the murder.

21              Carew had pled guilty to

22         various racketeering offenses and

23         had testified pursuant to the terms

24         of his cooperation agreement with

25         the Eastern District of New York.

1

2     The murder was committed while

3     Furnari was Casso's capo, and

4     according to LCN protocol Casso

5     could not commit the murder without

6     the subject's approval.

7           According to the information in

8     Mr. Kelly's letter of August 1,

9     1996, Page 2, Furnari requested

10    that Casso execute Scheffler when

11    members of the Luchese family came

12    to expect Scheffler of cooperating

13    with law enforcement.

14          What comments do you have

15    concerning that homicide?

16          MR. BREITBART:  I'd like to

17    discuss at ad seriam [phonetic].

18          First, Casso, we suggest to you

19    most respectfully, is totally

20    unreliable.  Casso has been found

21    by the federal government to be

22    totally unreliable.  One of the

23    points we wanted to make to you

24    which we thought was important was

25    when Mr. Kelly was here on December

1

2    3, 1996 he advised you that Casso

3    was a reliable witness and was

4    going to be called by the

5    government in future cases.  At

6    that time and at that date Mr.

7    Kelly knew full well that Casso had

8    been repudiated.  It's been

9    published in the newspapers, it's

10   been published by the top reporters

11   with regard to organized crime, and

12   there are FBI 302's that are extant

13   out there that Casso is a

14   degenerate liar.

15        On April 15, 1994 Casso failed

16   a series of lie detector tests,

17   which was of knowledge to the

18   government.

19        THE HEARING EXAMINER:  On April

20   what date?

21        MR. BREITBART:  April 15, 1994.

22   He failed a lie detector test with

23   regard to whether or not he had

24   conspired to kill a federal

25   district judge.  He failed a lie

1

2    detector test with regard to

3    whether or not he was going to kill

4    Charlie Rose, the Assistant United

5    States Attorney who was the chief

6    prosecutor in that case.

7         Kelly had that information,

8    because in this letter which you

9    have in front of you, the one that

10   was supplied to me on November 7,

11   2000 by Ms. Gervasone [phonetic],

12   he indicates that the information

13   was begin vetted between the

14   Eastern District of New York and

15   the Southern District of New York.

16        It was published last week that

17   when Charlie Rose and Greg

18   O'Connell, the two assistants who

19   were working Casso, left the United

20   States Attorney's office, they left

21   it with a scathing memo about his

22   lack of truthfulness that

23   essentially disqualified him as a

24   prosecution witness.

25        While Mr. Kelly was here at the

1

2      hearing on December 3, 1996, Casso

3      was up in Otisville, New York,

4      bribing prison officials,

5      attempting to murder witnesses who

6      had given him up to that bribing

7      thing, a man by the name of Sal

8      Micciota.  He was smuggling drugs

9      and smuggling alcohol and smuggling

10     other telephones and other devices

11     into the prison facility.  And in

12     spite of the fact that Mr. Kelly

13     was in charge of that

14     investigation, and in spite of the

15     fact that he was fully aware of it,

16     he told this Board that Casso was

17     going to be a reliable witness used

18     by the government.

19         You also have in your

20     possession now the Stamboulides

21     affidavit which indicates that Mr.

22     Casso is an unreliable individual.

23     And Casso has been sentenced to 36

24     life sentences as a result of the

25     homicides that he admitted.  He was

PROCEEDINGS                                  20

described by the government as

being a psychopathic killer who's

unreliable.

I have the evidence in my hand

of the indictment that was brought

by Mr. Kelly's office.  It's the

indictment of Jacqueline Doyle,

Latanya Harrison and Jeffrey

Harrison.  This was for the

conspiracy to import the, to bribe

the government officials.

Jacqueline Doyle was the secretary

of the [unintelligible] program up

in Otisville.

The allegations here indicate

that the information began to

become known to the government in

November 1996.  Kelly's office, the

Office of Organized Crime, was the

one that was prosecuting it.  The

individual that supplied this

information that led to the arrest

of these individuals, which would

have covered the period of time

1                              PROCEEDINGS                      21

2              when Mr. Kelly was here talking to

3              the Board, is contained in this

4              complaint number, which is 97

5              Magistrate 0297 Ms. Doyle pleaded

6              guilty to.

7                   The individual who gave up Mr.

8              Casso on this was a man by the name

9              of Sal Micciota, aka Fat Sal

10             Micciota.  He was an informant.

11             Sal Micciota's sentencing minutes

12             or resentencing minutes are present

13             here, where the court takes

14             cognizance of and the United States

15             Attorney, a man by the name of Mr.

16             Weissman, who's now the chief of

17             the Criminal Division in the

18             Eastern District, indicates that it

19             was as a result of Mr. Micciota

20             telling the government and

21             informing the government that Casso

22             was in fact doing these bad things

23             at Otisville, smuggling, that Casso

24             attacked him and tried to kill him.

25             That's reported both in the

1

2     newspapers and on the Internet by

3     someone that's considered the most

4     prominent member of the press with

5     regard to organized crime

6     information.  That's a man by the

7     name of Jerry --

8          THE HEARING EXAMINER:  Give me

9     Miciotta's spelling.

10          MR. BREITBART:  I've seen it

11     spelled two different ways.  One,

12     it's M-I-C-I-O-T-T-A.  On this

13     sheet it's double C and the one T.

14          But Miciotta was resentenced on

15     June 5, 1997 and I would point out

16     to yourself, sir, that this was

17     before your Appellate Department

18     ruled on the decision that was

19     eventually appealed to the Third

20     Circuit.

21          So Mr. Kelly knew that this was

22     going on while these things were

23     still in fact pending.  Casso's

24     lying, Casso's repudiation, Casso's

25     attempted murders while Mr. Kelly

PROCEEDINGS                                    23

was proffering him as a witness,

the fact that Casso was going to be

thrown out of the program, the fact

that Casso was eventually

resentenced for all within the time

frame when this was in fact

pending.

The only ones that brought

Casso's lack of reliability to the

attention of the Parole Board was

counsel for Mr. Furnari during the

second hearing.

Miciotta was attacked twice.

There were two attempted murders on

Mr. Miciotta by Casso in the period

of time before he was repudiated.

The point I'm trying to make is

that this was in the time frame

when Kelly was here, Kelly was

teaching at the Bureau of Paroles

program, we were writing our

letters to Mr. Showquist

[phonetic].  Mr. Showquist was

attending Mr. Kelly's lectures.

PROCEEDINGS                                    24

1

2          And Mr. Kelly was [unintelligible]

3               THE HEARING EXAMINER:

4     [Unintelligible] California or

5     something?

6               MR. BREITBART:  I thought it

7     was here.

8               Oh, no, no, no

9     [unintelligible].  What I have is a

10    memorandum attachment addressed to

11    all commissioners.

12              THE HEARING EXAMINER:  1997, he

13    apparently gave an organized crime

14    seminar for two hours; is that it?

15              MR. BREITBART:  Yes, sir.  And

16    Mr. Showquist was in attendance, or

17    at least he was scheduled to be in

18    attendance.

19              The only reason I point that

20    out is because [unintelligible]

21    Foster is writing his initial

22    hearing summary, and on the tapes

23    of the, which I have a copy of the

24    transcript here, Mr. Zeleski

25    [phonetic] says, you know, when the

1
2  government tells you something, I

3  generally believe what the

4  government says.

5      As far as we're concerned --

6      THE HEARING EXAMINER:  These

7  are your copies or are you going to

8  make me copies [unintelligible]?

9  It's probably in our file.

10     MR. BREITBART:  This is the

11 letter that was submitted to

12 [unintelligible].  You may have

13 anything that I have.

14     THE HEARING EXAMINER:  I've got

15 a lot of stuff here, but I just

16 want to make sure --

17     MR. BREITBART:  Mr. Kostbar,

18 it's more important that you have

19 it than that I have it, and I'll

20 [unintelligible].  So please take

21 it.

22     The point I'm trying to make is

23 we're relying here on Mr. Kelly's

24 letter to you and you're relying on

25 what he says Casso said.  I'm

1

2      suggesting to you that, for

3      whatever reason, Mr. Kelly -- let's

4      assume that it was knowledge that

5      he had that he decided to hope

6      Casso was going to be a good

7      witness.  What he did not bring to

8      your attention, and he said Casso

9      was reliable and he was going to be

10     believed at a period of time when

11     he knew that Charlie Rose and Greg

12     O'Connell from the Eastern District

13     said that's never going to happen,

14     at a period of time when Casso was

15     committing crimes in the

16     institution, at a period of time

17     when he knew as a prosecutor there

18     would be no way in the world that

19     Casso could possibly be put on the

20     stand, especially since he pleaded

21     guilty in his agreement to 36

22     murders.  Because the head of the

23     Luchese unit, Chris Matisse

24     [phonetic], had said that Casso and

25     Amuso were responsible for 187

1

2  murders.  He told you he was going

3  to be a witness.  He had to know

4  that he wasn't going to be.

5      And I'm trying to talk about

6  the timeliness of it and the like.

7      THE HEARING EXAMINER:  Let me

8  ask you another question about this

9  Lee Schleifer.

10     MR. BREITBART:  I have more

11  with regard to Lee Schleifer.

12     THE HEARING EXAMINER:  I'm

13  still at it, okay?  According to --

14     MR. BREITBART:  According to

15  Kelly, Casso said [unintelligible]

16     THE HEARING EXAMINER:  We have

17  that part.  Okay.

18     This was independently

19  corroborated, and this is part of

20  the reason we're here today, is

21  because we have not only the issue

22  of Casso and his credibility as a

23  person furnishing the government

24  information, but we have Mr. Kelly

25  indicating to us that we have other

PROCEEDINGS                    28

1

2    individuals who corroborated this

3    information.

4        MR. BREITBART:  And we suggest

5    --

6        THE HEARING EXAMINER:  Thomas

7    Irish Carew is the other person

8    mentioned on this particular

9    charge.

10        MR. BREITBART:  And our

11    position with that is that that's

12    just not true.  Tommy Irish Carew,

13    who became an informant, I believe,

14    after D'Arco and after Ciotto

15    [phonetic], eventually did testify

16    under oath with regard to this

17    particular homicide.  That

18    testimony was in the Eastern

19    District of New York, it was in May

20    of 1994.  It was May 26, 1994, to

21    be precise.  Tommy Irish Carew was

22    a witness for the prosecution in

23    that case.

24        The defendant, Richard

25    Tagliarulo, known for his bad

1                           PROCEEDINGS                    29

2           toupee, Tagliarulo, Little Richie

3           Tagliarulo was prosecuted in front

4           of Zachary Carter.  He was asked to

5           testify with regard to this

6           particular incident.  I have the

7           testimony of Tommy Irish Carew.

8           You now have the dates of the

9           testimony.

10               During the course of that, and

11          we've included it in our letter, he

12          exonerates Mr. Furnari, not by

13          saying "Chris Furnari didn't tell

14          me to do it," but by saying that he

15          did it alone with Anthony Gaspipe

16          Casso.  It's reflected in the

17          minutes:

18               "I went to meet Anthony at a

19          club on 15th Street," and he

20          relates it on Pages 577 and 578.

21          "He led the way to the basement.

22          There was a body on the floor.  I

23          helped him put the body in the bag.

24          I cleaned up the blood.  We carried

25          the body out through the back door.

PROCEEDINGS                                    30

There was an alleyway and a car."

He and Casso, under oath, sworn testimony. This is not a 3L2 [phonetic]. This is where there's an opportunity for a lawyer to examine and cross-examine. This is the presentation of the government. None of Mr. Casso's statements that are proffered to the Parole Board by David Kelly is there any corroboration of anything he said. If you look at it carefully and you analyze it, and I'm going to try and hope that I have the opportunity to explain it, there is no corroboration.

The only evidence that is being offered by Mr. Kelly, and he repeats it in the hearings years ago and he repeats it now, is that most of the information comes from Gaspipe Casso. It's an attempt to weave a piece from here and a piece from there. But there is no

1
2      corroboration.

3          THE HEARING EXAMINER:  He says

4      that Furnari didn't do the killing.

5      You just said that, of course, it

6      was Casso and Carew.  He never said

7      that Mr. Furnari did the killing.

8      He said Furnari waited at a nearby

9      restaurant until it was completed.

10         MR. BREITBART:  And went with

11     him.

12         In the first letter that he

13     wrote in 1996 he says that Mr.

14     Furnari and Mr. Carew went together

15     to help him get rid of the body.

16     It's a total distortion of the

17     facts as testified to under oath by

18     Tommy Irish Carew.

19         There is no corroboration.

20     It's a pure Casso allegation.

21     There is no question in our minds

22     if Casso wants to take credit for

23     this homicide, that he killed this

24     Lee Schleifer, there's no question.

25     If Casso wants to take credit for

1

2    this homicide, that it was over

3    drugs, because Casso has a

4    reputation for being not only a

5    murderer but a drug dealer, and

6    being a drug user, which would

7    explain, most respectfully, why he

8    personally was involved in 36

9    homicides, why he authorized 187.

10   But all of those things were pieces

11   of Casso's work which he's trying

12   to -- at the time he was giving the

13   information, he was trying to get

14   out of jail.  He was trying to play

15   his get out of jail card.  He was

16   saying, "I'll help you with

17   Furnari.  I'll help you any way you

18   want."  But it was not corroborated

19   by Tommy Irish Carew.  It's just

20   not in here.  The citations I've

21   given you will give you an

22   opportunity to get

23   [unintelligible].  I've brought

24   these minutes.  I'll be glad to

25   give them to you.

33

PROCEEDINGS

1

2    THE HEARING EXAMINER:

3    [Unintelligible] because they'll

4    come back with us and be examined

5    by the commissioners.

6    MR. BREITBART:  These are the

7    minutes of the Carew testimony in

8    the Tagliarulo case.

9    One of the interim pages has

10   the transcript from day one to day

11   two.  The date I gave you, May 26,

12   perhaps the testimony was the day

13   before.

14   THE HEARING EXAMINER:  That's

15   okay.

16   MR. BREITBART:  And I see also

17   that the prosecutor was Mr. Greg

18   O'Connell, who's the one that was

19   working Casso.

20   So with regard to it, there's a

21   total denial by -- Mr. Furnari has

22   an exemplary reputation for not

23   being involved in violence.  The

24   person that was supplying Mr. Kelly

25   with this background on organized

1

2      crime was a detective by the name

3      of Kenny [unintelligible] who was

4      present, you may recall he was

5      present the first time the hearing

6      was on, Mr. [unintelligible] was

7      the liaison in the U.S. Attorney's

8      office with the most knowledge of

9      organized crime.

10         Mr. Kelly's expertise has now

11     gone into terrorism, I think.

12         THE HEARING EXAMINER:  Let me

13     go into the next charge, and as we

14     go we'll cover, I'm sure, most of

15     the points you have and then at the

16     end you'll be able to sum up.

17         Conspiracy to murder Richard

18     Taglianetti [phonetic] Page 6 of

19     the letter that we're dealing with.

20     Carew also corroborated -- again

21     we're dealing with Carew -- Casso's

22     account of Furnari issuing a

23     contract in the early Eighties to

24     murder Richard Taglianetti, as

25     noted in -- and now we're going to

1
2    jump to the letter of August 1 of
3    1996, again from Kelly -- various
4    steps were taken to carry out the
5    murder, but Taglianetti was not
6    located and murdered until 1992 by
7    Luchese family member George Conte.
8         According to Mr. Kelly,
9    Furnari's role and the reasons he
10   ordered the murder, to avenge
11   Taglianetti's role in the murder of
12   the son of Luchese member Angelo
13   Defendis [phonetic] has been
14   corroborated by other government
15   witnesses and former Luchese family
16   members D'Arco and Frank D. Gioia,
17   Junior, both of whom have testified
18   for the government on numerous
19   occasions.
20        Mr. Kelly avers that the fact
21   that the contract was issued in the
22   early Eighties when Furnari was a
23   member of the Luchese family
24   hierarchy gives more reasons to
25   credit the accounts of these

1    witnesses.

2        So here we're talking about

3    four people.  We've already dealt

4    with Casso.  We dealt with Carew.

5    And now we're adding two more

6    people to the mix.

7        MR. BREITBART:  Their names

8    again?

9        THE HEARING EXAMINER:  D'Arco

10    and Gioia.

11        MR. BREITBART:  Let me just

12    suggest for a minute, since you're

13    taking offers that are being made

14    and [unintelligible] them, this was

15    published last week with regard to

16    Gaspipe Casso.  Jerry

17    [unintelligible], I don't know if

18    you're aware of him, but he's the

19    most knowledgeable writer in

20    organized crime.  This is the

21    reference to Charlie Rose and Greg

22    O'Connell.

23        I've never known Jerry

24    [unintelligible] to be faulted for

1

2       his expertise and for his

3       thoroughness.  If he writes this,

4       that means he's got the 302.  But

5       this is the place where he in fact

6       indicates that Charlie Rose and the

7       other handler, Greg O'Connell, had

8       written a memo that Casso was never

9       to be used.

10           THE HEARING EXAMINER:  This is

11      off the Internet.  [Unintelligible]

12      I'm just reading it for the record.

13           MR. BREITBART:  The address for

14      Jerry [unintelligible], where many

15      of the things are -- Jerry

16      [unintelligible] was the leading

17      writer in The Daily News on

18      organized crime for many years.

19      He's now gone to John Jay College,

20      where he's the director of

21      communications.  He's maintained

22      his old gangland column on the

23      Internet.  It may be very helpful

24      to you folks to have the address.

25           It's www --

PROCEEDINGS                38

1

2          THE HEARING EXAMINER:  You're

3     giving it to us.  Ganglandnews.com.

4          MR. BREITBART:

5     Ganglandnews.com.  All you have to

6     do is throw in Casso's name, you'll

7     see many of the [unintelligible]

8          THE HEARING EXAMINER:  And this

9     is a comment from this columnist,

10    talking, again, supporting your

11    position that back in '94 Casso

12    failed the first of several lie

13    detector tests.

14         MR. BREITBART:  That has become

15    apparent, because it's been part of

16    the motions, in which Casso said

17    that even though he failed the lie

18    detector test he's still entitled

19    to [unintelligible] the benefit.

20    But these particular lie detector

21    tests have to do with him hiding a

22    half a million dollars, killing a

23    federal district judge, killing a

24    United States attorney.  And he's

25    apparently been found, because

PROCEEDINGS 39

1

2      that's what the court relied upon

3      in the Stamboulides affidavit, not

4      to be reliable.

5           But we're talking about

6      Taglianetti now, and he mentioned

7      two additional individuals.  This

8      guy Gioia would have been eleven

9      years old in the early Eighties.

10     Gioia has been, I think there's an

11     article in The Times last week that

12     indicates that this guy Gioia,

13     who's now being repudiated because

14     he didn't give them information

15     about seven murders committed by

16     his girlfriend's father, Gioia is

17     32 now.  In the early Eighties,

18     it's a matter of simple

19     mathematics.  I think that the

20     issue with regard to Taglianetti --

21          [End Tape 1, Side A]

22          MR. BREITBART:  I would most

23     respectfully suggest to you that I

24     read that paragraph over and over

25     again, and the only interpretation

1

2      of that paragraph that makes any

3      sense is not that D'Arco and Gioia

4      are corroborating what Casso said

5      about Mr. Furnari, but what they

6      are corroborating is the fact that

7      Taglianetti was being talked about

8      in the street as having been

9      responsible for the death of Angelo

10     Defendis' son.

11           Mr. Kostbar, I don't know what

12     your [unintelligible] is, but Mr.

13     D'Arco and Mr. Gioia don't know Mr.

14     Furnari.  They never met him.  It

15     was pointed out that during the

16     period of time when Mr. Furnari was

17     convicted for being involved in the

18     hierarchy of the Luchese crime

19     family is the period of time that

20     was stipulated to by the government

21     was 1983 to '86, D'Arco was in jail

22     at that time, had no contact with

23     him.  He doesn't become a member of

24     this crime family until much later.

25     Gioia was just a child at the time.

PROCEEDINGS                                    41

1          The only thing that they're

2     attempting to corroborate, and

3     they're weaving together, and this

4     is what I'm saying is the use of

5     language, and the use of language

6     in an artificial way, is what

7     they're saying is that this guy

8     Taglianetti did in fact kill Angelo

9     Defendis' son.

10         I have the [unintelligible] for

11    you.  I have the fact that Mr.

12    Taglianetti was murdered on July

13    23, 1992.  That's six years after

14    Mr. Furnari was incarcerated.

15         On May 15, 1996, two men,

16    [unintelligible] and George Little

17    George Conte, pleaded guilty to the

18    murder of Taglianetti.  During the

19    course of their pleas they also

20    implicated a man by the name of

21    Mario Gallo [phonetic].  The reason

22    that was given in the debriefing

23    materials and the discovery that

24    was provided is that this guy was

PROCEEDINGS                        42

2          killed because he had slapped

3          Zappola's wife in the face.

4          Whether or not that's a good reason

5          to kill someone, that's the reason

6          that was chosen by Gallione, James

7          Jimmy Frogs Gallione, and Mario

8          Gallo.  It's the reason that was

9          given by Zappola and Conte.  It has

10         nothing at all to do with the fact

11         that this guy killed somebody's kid

12         in 1983.

13              The other thing that I would

14         try and point out to you, and

15         sometimes it's almost impossible to

16         prove a negative, but what I would

17         point out to you is that again this

18         is a Gaspipe Casso allegation.  The

19         corroboration is that the guy that

20         was killed was not a good guy but a

21         bad guy.  There are reams of

22         information and reams of material

23         available to show that Angelo

24         Defendis, the person that they say

25         this is being ordered on behalf of,

PROCEEDINGS 43

1

2    is one of the toughest guys in

3    this particular milieu.  Angelo

4    Defendis is the guy that's

5    [unintelligible] to give a beating

6    to this guy.  He's the guy that's

7    taken along to kill this guy.  He's

8    perfectly capable of taking care of

9    his own business.

10    The salient points that I'd

11    like to point out is that the only

12    source of information with regard

13    to this Taglianetti thing is the

14    debriefing of Gaspipe Casso, the

15    fact that when this guy was killed

16    it was at a period of time when

17    Gaspipe Casso and Victor Amuso were

18    ordering 187 murders.  It was when

19    they themselves were involved in 32

20    murders.  That's what he pleaded

21    guilty to.  But there are four or

22    five men who accepted

23    responsibility for the murder of

24    this guy.

25    But in thinking of it from a

44

1

2          purely logical point of view, this

3          guy Taglianetti was around from '83

4          to the time in '92 when he was

5          murdered.  He was not absent.  He

6          was not on the lam.  He was not

7          hiding from anyone.  He was there.

8          If there had in fact been an order

9          from early '83, how would he have

10         been close enough to slap Mrs.

11         Zappola in the face?  Because

12         George Zappola was a captain in the

13         Luchese crime family according to

14         all of the materials that are

15         apparent out there.

16             Conte was one of the top

17         shooters that was used by them with

18         regard to this.  So these four or

19         five, I believe -- Gallione, Gallo,

20         Zappola and Conte are the ones that

21         pleaded guilty to this murder.  It

22         was a murder committed in '92.  It

23         just seems to belie credulity to

24         blame it on Mr. Furnari, who had in

25         fact been in prison for six years

1        PROCEEDINGS                          45

2        at the time this went on.

3        Taglianetti was not missing.  He

4        had been there doing whatever his

5        thing to do with these people.

6        Close enough to get into a social

7        situation with a captain's wife and

8        slap her in the face, which cost

9        him his own life.

10              THE HEARING EXAMINER:  The next

11       thing from Page 6 of Kelly's letter

12       is an assault on James Wilford

13       [phonetic].  Former Luchese member

14       Peter Chito [phonetic], also

15       corroborates Casso's report of

16       Furnari's order to give a beating

17       to Wilford, who was a board member

18       of the International

19       [unintelligible] Union and was

20       interfering with Furnari's

21       extortionate control of the union.

22              Casso and Chito carried out the

23       order.  The assault was also

24       corroborated by Lino Marino, who,

25       according to Chito, has confirmed

PROCEEDINGS                46

1

2    Chito's account.  Marino was a

3    Luchese family associate who pled

4    guilty to racketeering in New York,

5    Eastern District, testified to a

6    cooperation agreement.

7         Marino stated he had been

8    approached by union officials who

9    complained about Wilford.  Marino

10   then passed the complaint to

11   Furnari.

12        So we again have Casso

13   involved, and this time with Chito

14   and Marino.

15        MR. BREITBART:  Let me first

16   begin by suggesting, most

17   respectfully, that it's

18   inconceivable to me, now that the

19   Third Circuit has indicated that

20   Casso, that to make a decision

21   based upon Casso would be

22   irrational.  That Kelly now comes

23   back to the Parole Commission and

24   writes a letter and bases his

25   assertions on Casso.

It would mean to me, most
respectfully, that he's got nothing
else.  In talking about Casso
again, I would point first to --
and I'm particularly familiar with
the Wilford thing because I tried
the case.  I have an affidavit
which was offered by Lucien
Gandolfo [phonetic], who was one of
the key FBI agents in charge of
debriefing Casso.  In order to
change somebody's bail situation,
in this case a man by the name of
DeSantis and Lastorino, he
submitted in affidavit.

This is Casso.  This is Casso
smuggling keys into the prison so
that he can escape.  This is Casso
plotting to have an armed assault
on the prison, have an armed
assault on the van that's going to
be transferring him to jail.  This
is an attempt by the federal
government to change the bail

PROCEEDINGS                    48

1

2          situation, to fight the attempts

3          to change the bail situation of

4          these people.  And I'd like to

5          supply you with this also.

6               But Lucien Gandolfo gives you a

7          further indication of what Casso

8          was.  This was at a period of time,

9          and I think it may be ludicrous to

10         suggest you should delete anything

11         that Casso says, but when he

12         implicates himself in this type of

13         thing, the escapes, the smuggling

14         of guns, the smuggling of keys, the

15         ordering individuals to attack the

16         van on the way to the court, take

17         it for what it's worth, not because

18         I say it but because Agent Gandolfo

19         says it.

20              He says this is an example of

21         the type of conduct that Casso was

22         doing when he was in custody trying

23         to get out.  He would have done

24         anything.

25              When I tell you that I'm

PROCEEDINGS                                    49

particularly aware of the Wilford

situation, I should point out to

you that I am a defense attorney

and I defend more than one

individual.  In 1993 I appeared in

front of the Honorable Jack

Weinstein in the Eastern District

of New York.  I don't know if

you're aware, but Judge Weinstein

is one of the pre-eminent judges of

the contemporary bar.  He's a

former Chief Judge.  He's written

all the books on evidence and he's

considered to be one of the top

[unintelligible].

This was a case called United

States versus Capaldo, et al.  It

is a case that was referred to by

Mr. Kelly.  I've always referred to

it as the Frank Arnold case because

I represented, in the Capaldo case

I represented Frank Arnold.  And

Frank Arnold in that case was

accused of being the liaison

between the Luchese crime family

and the painters union.  And there

were allegations -- one of the key

allegations in that case, it was a

separate count in the indictment,

it was a separate charge, it was a

separate charge in the conspiracy,

which was both the racketeering

conspiracy and it was the

underlying, the substantive count.

Not the conspiracy county but the

substantive count.

During the course of that trial

Giotto testified.  I cross-examined

Giotto.  I remember one night the

judge made us continue working

because Giotto was [unintelligible]

for any reason other than he

weighed over 500 pounds and they

had brought him in in a wheelchair.

And I cross-examined him until

about 6, 7 o'clock on that night.

Dino Marino was also a witness

in that particular case, and that's

[unintelligible].

The bottom line is that after all of the testimony Mr. Arnold was facing 10 years for the RICO, he was facing a forfeiture of all of his assets.  A jury listened to all of the evidence.  The evidence not only was against Mr. Arnold and Mr. [unintelligible], it was against Mr. Furnari, because Mr. Furnari was included as an unindicted co-conspirator.  The evidence was adduced.  Giotto testified.  Dino Marino testified.  All of the other witnesses testified.  The agents testified.  And Mr. Arnold was acquitted.  He was found not guilty.

Now, I understand in a hearing like this there's a different burden of proof.  It's preponderance rather than proof beyond a reasonable doubt.  But what I'm asking you to take into

consideration is this was a 1978

or '79 allegation.  After a jury

had an opportunity -- you only have

the written word.  After a jury had

an opportunity to listen to Giotto

and listen to Marino, they screamed

out very, very loud, not guilty.

Frank Arnold was exonerated of all

of those charges, and by its very

action Mr. Furnari was exonerated

of all of those charges.

I have vivid recollections of

Giotto and I have vivid

recollections of Dino Marino.  I

will never forget when Dino Marino

took the witness stand the first

evening and Casso's name was

mentioned, he started shivering on

the witness stand.  The terror that

this mad killer brought to the aura

of an individual's psyche was just

so enormous that he was the most

frightened individual you would

ever see.  But still he was not

PROCEEDINGS                     53

1

2      frightened enough to not be able

3      to express what he really wanted

4      out of life.  Because I asked Dino

5      Marino, I just had an instinct.

6      You're not supposed to ask a

7      question you don't know the answer

8      to.  I mean, I've taught some

9      evidence, myself.

10         I asked Dino Marino, "Mr.

11     Marino, do you want to be in the

12     mafia?"

13         He said, "How can I be in the

14     mafia?  I'm an informer."

15         I said, "That's not the

16     question.  Assume that we had

17     control of the situation, control

18     of the world, and I could get you

19     straightened out, I could get you

20     made.  Would you..."

21         On the witness stand in a

22     federal case, this guy who had

23     pleaded guilty and said that he was

24     a co-conspirator, he said, "I've

25     been dreaming about nothing else

1

2    since I'm five years old."  And he

3    told the jury there that he would

4    want to be in a mafia still then as

5    a witness in this federal criminal

6    case.

7          Dino Marino wasn't the

8    brightest guy in the world.  He was

9    the barber.  He was the barber.

10   Messages were dropped off, messages

11   were delivered.  Dino Marino was -

12   -the point I make, most

13   respectfully, is that when the jury

14   had an opportunity to evaluate this

15   evidence, they said no way.

16   They're not guilty.  He's not

17   responsible for this.

18         I don't know how else to -- you

19   know,  I would love to have the

20   opportunity but the rules are

21   different here.  I would love the

22   have the opportunity to examine and

23   cross-examine and whatever.  But

24   that's the corroboration of Casso.

25   That corroboration has been tested

1

2          in a federal district court and

3          it's been repudiated.  And that

4          would be my response to -- I

5          brought with me --

6              THE HEARING EXAMINER:  You

7          [unintelligible] the Arnold case

8          had another name?

9              MR. BREITBART:  Yes.  I think

10         it's called United States versus

11         Cataldo.  I'll give you the

12         citation.  C-A-T-A-L-D-O.

13             Let me go back to Kelly's

14         letters of 1996 because I recall

15         that the cite was in there.

16             THE HEARING EXAMINER:

17         [Unintelligible]

18             MR. BREITBART:  I can tell you

19         this, that it was in 1993.  It was

20         in front of Jack Weinstein.  And I

21         think Kelly referred to it as the

22         Cataldo case.  I apologize for not

23         being more precise than that.

24             THE HEARING EXAMINER:  I have

25         it and I just want to make sure

1                      PROCEEDINGS                    56

2          it's referred to in that

3          [unintelligible]

4              MR. BREITBART:  He referred to

5          it as Cataldo and I refer to it in

6          all my prior communications as

7          United States versus Frank Arnold.

8          But it was Cataldo, et al., and it

9          was Cataldo, Frank Arnold

10         [unintelligible].  I represented

11         Frank Arnold initiative.

12             THE HEARING EXAMINER:  And

13         finally, the last major thrust of

14         Mr. Kelly's letter is the Page 6

15         and 7 conspiracy to assault Joseph

16         Martinelli.  And in essence that

17         is, the September 25th of 2000

18         letter refers to the August 1, 1996

19         letter, which again outlined

20         Furnari's role in the conspiracy to

21         assault Martinelli.  And the

22         information was provided by Chito,

23         who we've already spoken to.

24             MR. BREITBART:  Ciotto.

25             THE HEARING EXAMINER:  Ciotto,

1                             PROCEEDINGS                    57

2          relative to his credibility.  And

3          corroborated in substantial detail

4          by Carew, D'Arco and Casso.  So we

5          have all four the same names being

6          mentioned.

7               MR. BREITBART:  I'm sorry,

8          forgive me --

9               THE HEARING EXAMINER:  Ciotto.

10              MR. BREITBART:  Ciotto.

11              THE HEARING EXAMINER:  Peter

12         Ciotto, and corroborated in detail

13         by Carew, D'Arco and Casso.

14              MR. BREITBART:  D'Arco, I would

15         like to point out, was --

16              THE HEARING EXAMINER:  Let me

17         just read through it and then

18         [unintelligible]

19              Kelly also refers in his letter

20         of December 11, 1996, in which he

21         advised that Furnari led a crew of

22         Luchese family members and

23         associates; that between the 1970's

24         and mid-1980's, when Furnari was

25         incarcerated, was responsible for

13 murders and attempted murders,

including Schleifer.  Several

corroborators, including D'Arco,

stated that such murders would not

be committed without the knowledge

or approval, tacit or express, of

the crew's capo, who at that time

was Furnari.

      We didn't go into more detail

on that, but again the Martinelli

murder --

      MR. BREITBART:  No, no, it's

not murder.

      THE HEARING EXAMINER:  Assault.

Assault.

      MR. BREITBART:  I think it's

conspiracy to assault.

      THE HEARING EXAMINER:

Conspiracy to assault.

      MR. BREITBART:  Oh, I recall.

This is a Carew thing.

      THE HEARING EXAMINER:  It has

the same actors and the same

players that we, I think we

1

2      discussed each one in detail

3      already.

4           MR. BREITBART:  Might I --

5           THE HEARING EXAMINER:

6      [Unintelligible] your comments

7      concerning it in here.

8           MR. BREITBART:  Sure.  It's my

9      understanding, based upon Mr.

10      Kelly's letter and a review of all

11      of the information, that Martinelli

12      was a contractor.  He was involved

13      in the construction industry one

14      way or another.  Somebody that

15      Ciotto -- I guess Ciotto got shot

16      12 times because he wasn't such a

17      good killer, himself.  But there

18      came a time when Ciotto pointed a

19      gun at this guy and pulled the

20      trigger several times and the gun

21      didn't get off and when the guy

22      said, "What are you doing," he

23      says, "Oh, it's a toy."  But in

24      truth and in fact the magazine had

25      not been [unintelligible] properly

PROCEEDINGS                                60

and it had a magazine release

safety and the like.

This guy went on to give tens

of thousands, hundreds of thousands

of dollars to the Luchese crime

family.  This all at a period of

time when Mr. Furnari was in jail.

I would call your attention to

Page 4, Mr. Kelly's August 1, 1996

letter, and ask you to look at

Footnote Number 5.  What is the

allegation here is that Chris

Furnari had a son by the name of

Chris Furnari, Jr.  And the

allegation is that Chris Furnari,

Jr. went to Chris Giotto and said

Martinelli is not making his

payments.  I want him to get a

beating.

Giotto said, well, you have to

go through a chain to get a

beating.

What he said was, "Listen,

Bobby Amuso, who's the captain

PROCEEDINGS                                        61

1   

2  carrying the orders, and Vic

3  Amuso, who's the boss, wants him to

4  get a beating.  And my father wants

5  him to get a beating."

6      This is, again, in the

7  Nineties, well after Mr.…

8      When Carew is confronted by Mr.

9  Kelly with regard to this, as

10  Footnote 5 indicates, Mr. Carew,

11  although he corroborates Giotto's

12  account -- in corroborating his

13  account, what he's corroborating is

14  the fact that Mr. Furnari's son is

15  reputed to have asked for

16  Martinelli to get a beating.  But,

17  however, Carew, himself, believes

18  that Furnari, Jr. never had his

19  father's permission to give the

20  order for this beating.

21      If we carry out to the ultimate

22  extreme the investigation with

23  regard to this and we read all the

24  debriefing materials, not only is

25  Junior alleged, and again it's

PROCEEDINGS                          62

1

2    based on what these guys said, but

3    assume arguendo that Junior does

4    make a request for Martinelli to

5    get a beating.  The captain that

6    was cited was Bobby Amuso, who the

7    Board may not know, the Commission

8    may not know is in fact Vittorio

9    Amuso's brother, and a captain with

10   great power, because Victor Amuso

11   is the boss of the family.

12        When these people then go, they

13   seem to want to set up Furnari,

14   Furnari, Jr., with regard to this

15   information because he's not

16   allowed to go around saying that

17   the boss wants this done or Bobby

18   wants this done or his father wants

19   this done unless it's in fact true.

20        Bobby Amuso's the first one

21   that's confronted.  And

22   [unintelligible] Vittorio Amuso and

23   Gaspipe Casso talked to Bobby,

24   Bobby says, "I never heard anything

25   about this.  I never said anything

1

2     like that.  I didn't do it."

3            Furnari, Jr. is then exiled,

4     he's exiled from the family.  He's

5     thrown out of the family for lying

6     about what this alleged beating was

7     all about, for blaming it on his

8     father, for blaming it on Bobby

9     Amuso.

10           I'm not suggesting for a minute

11    that Furnari, Jr. had anything to

12    do with this.  But what I'm saying

13    is if we carry the allegation to

14    the ultimate and we go on with the

15    investigations of it, they didn't

16    believe Furnari, Jr.  They didn't

17    believe what was done.  And they

18    say that one of the reasons he was

19    allowed to be exiled and has never

20    been in New York since is because

21    of his father's good reputation.

22           And I would most respectfully

23    suggest that one of the people -- I

24    don't want to speak

25    [unintelligible]

```
 1                    PROCEEDINGS                    64

 2          THE HEARING EXAMINER:

 3      [Unintelligible] Furnari, Jr.'s

 4      life was spared, according to

 5      several sources, because of respect

 6      [unintelligible]

 7          MR. BREITBART:  Mr. Furnari's

 8      reputation in the street has been

 9      one of non-violence.  I hate to use

10      a tattered phrase.  If you look at

11      organized crime in a particular

12      way.  But his reputation, even

13      according to Kenny McCabe

14      [phonetic], who was Mr. Kelly's

15      chief assistant, was as a

16      benevolent despot.  If you needed

17      help in a situation that was

18      totally impossible, he never asked

19      anybody for money, he never shook

20      anyone down.  Nobody's convicted of

21      the charges for which he's done the

22      14 years.  But he was considered

23      and always treated with enormous

24      respect because of the way that he

25      treated people, as a nice man.
```

1     PROCEEDINGS                                    65

2          THE HEARING EXAMINER:  Let me

3     give you a chance now, I'll give

4     you a moment to get your thoughts

5     together.  You've read these

6     letters and I touched upon it a

7     minute ago.  It's nothing new to

8     you, the statements of Mr. Kelly

9     talking about him being responsible

10    for 13 murders or attempted

11    murders, including Schleifer, and

12    other negative information.

13         Mr. Kelly is taking the

14    position that even, that much of

15    Casso's information about Furnari

16    has been corroborated, this is his

17    position, to substantial measure by

18    what he calls credible witnesses.

19    But what to you are, of course,

20    incredible witnesses.

21         MR. BREITBART:  Well, what I

22    suggest to you is that there is no

23    corroboration [unintelligible]

24    specificity.

25         THE HEARING EXAMINER:  Fine.

1                    PROCEEDINGS                    66

2          "Even without Casso's information

3          there is compelling information

4          concerning Furnari's role in two

5          murders and two assaults."  This is

6          again coming from Kelly's letters.

7               MR. BREITBART:  I think the

8          burden of proof mandated by your

9          own rules, whether it's 2:20 or

10         whatever, you mandate that there

11         must be a specific allegation with

12         regard to it.  There is no

13         corroboration, sir.  And I just

14         can't seem to say that enough.

15              What we have is Casso.  The

16         reason that after the Circuit Court

17         of Appeals has said that this guy

18         is just not reliable, that the

19         government itself, Stamboulides,

20         whose material was all vetted

21         through Kelly.  Why he's bringing

22         him back to you and feeding him to

23         you again.

24              THE HEARING EXAMINER:  Again, I

25         want to -- well, the reason why,

PROCEEDINGS

1
2  I'm just going to throw it out.
3  You've read Mr. Kelly's letter.
4  Mr. Kelly positions himself by
5  saying, sure, he turned out to be
6  incredible in this one district and
7  to do all these things, but that
8  was after the fact.  Much of his
9  information that he gave was
10  historical and the historical
11  information coincides with other
12  information we have where we, the
13  government, believe he was involved
14  in these things.
15      MR. BREITBART:  Don't you think
16  it's strange that he hasn't been
17  able to say, Mr. Kelly --
18      THE HEARING EXAMINER:  Well,
19  you don't want to ask me a
20  question.  You just told me you're
21  a good lawyer who doesn't ask a
22  question you're not going to know
23  the answer to.
24      MR. BREITBART:  What I'm
25  suggesting is that if Mr. Kelly had

PROCEEDINGS                    68

specific corroboration about a

specific allegation, he writes

beautifully.  He would have given

you something.  But these vagaries

where what is being corroborated is

in fact the fact that Angelo

Defendis didn't lose a son is what

Gioia and D'Arco said, this is not

corroboration.

        THE HEARING EXAMINER:  Let me

give you an opportunity to now --

at the beginning of the hearing you

wanted to generally place before us

some evidence.  And I don't want to

leave this hearing today without

making sure that I got from you

everything that you want to give me

and the commissioners to review and

the secondary examiner to review.

So I will note those as you give

them to me and explain them and

make sure they get back to the

office.

        And then the other thing is, of

1                            PROCEEDINGS                    69

2        course, I'm going to give you a

3        chance to sum up.

4            MR. BREITBART:  Thank you.  I

5        appreciate that.

6            This all began when I was

7        retained, and it's obviously years

8        after Mr. Furnari's conviction and

9        his sentencing in 1986.  It was

10       brought to my attention by the

11       family that Mr. Furnari under the

12       old law was going to become parole

13       eligible after ten years.  Would I

14       please examine the pre-sentence

15       report, would I please -- you know,

16       it was at a period of time after I

17       had become familiar with the

18       Luchese materials because I had

19       tried that Luchese case which was

20       the Cataldo/Arnold case.

21           And I said, listen, I don't

22       know if I can be of any value but

23       why don't you bring me the PSI.

24       Why don't you bring me the

25       sentencing minutes.

PROCEEDINGS                                70

During the course of examining the PSI I saw that there was an allegation in there that Mr. Furnari had in fact been the consiglieri of the Luchese crime family at a period of time in 1979 when a guy by the name of Carmine Galente was murdered.  I said, this doesn't make any sense.  This doesn't make any sense at all. He's being sentenced to 100 years based upon a homicide, and he wasn't on the commission.

They said, what are you talking about.

I said, well, I've just examined Giotto and I've read the reports on D'Arco.  They specifically say that he had noting to do with the commission until 1983, 1984.  Which in fact would have taken away the responsibility for the Galente homicide, because that was reputed to be an action of

1

2    the commission.

3        I started to do some more

4    research, and that research in fact

5    turned up who was reputed by the

6    FBI to be the consigliere of the

7    Luchese crime family in 1979.  And

8    I also noted from the report that

9    he was categorized as a Level 8 and

10   hence not parolable because of a

11   homicide that he had nothing to do

12   with.

13       We came up with the name of who

14   the FBI believed was the

15   consigliere, and we learned that he

16   was alive and well in June of 1979

17   when Galente was killed.

18   Apparently he died shortly

19   thereafter.  I was able to get in

20   possession of his mass card, so I

21   was able to be able to have

22   physical evidence that the guy from

23   the Luchese family who was on the

24   commission in 1979 was not Chris

25   Furnari.

PROCEEDINGS                                      72

I went with my materials after

preparing a 2255, a habeas corpus,

to see Mr. Kelly.  And I said,

"David, do we have to get involved

in litigation?  What I would like

to do ten years later, and I know

it's unusual, is change the PSI

report to exclude the Galente

homicide because he wasn't on the

commission."  I said, "We don't

have to get involved in lengthy

litigation if you talk to your

informants and they tell you that

in fact he was not on the

commission in '79 that he was

sentenced, let's go for it."

Mr. Kelly says, "You want to

know something?  Your position

seems to make sense.  Let me check

it out."

He eventually gets back to me.

That was sometime --

THE HEARING EXAMINER:

[Unintelligible]

PROCEEDINGS                                    73

MR. BREITBART:  He gets back

to me --

THE HEARING EXAMINER:

[Unintelligible]  He changed it.

MR. BREITBART:  He went and he

checked and he said that he had

spoken to D'Arco, who he knew

fairly well because he had used him

in the Giompi [phonetic] case.  By

the way, that's a case where

everybody was acquitted.  And he

came back and he said, "David,

you're right.  We'll go along with

this."  And as part of the record,

there's a letter that was written

to Judge Owen [phonetic] and Judge

Owen consented to the removal from

the PSI report of anything that had

to do with the '79 homicide of

Carmine Galente.  And there were

two others that were killed with

Carmine Galente.

I said, fine.  I had to assume

that Mr. Kelly, who is the chief of

PROCEEDINGS                                    74

1
2    the Organized Crime Unit, knew

3    full well that the only reason that

4    someone would want to remove a

5    homicide from a PSI was because

6    there was an upcoming parole there.

7    I now don't believe he knew that.

8    I now don't believe that Mr. Kelly

9    knew that removing the Galente

10   homicide would impact upon whether

11   or not he could become parole

12   eligible.  Because we had an August

13   '96 date, and all of a sudden the

14   day before the hearing I get served

15   with this August letter, which is

16   part of the record, which says you

17   got rid of the Galente homicide,

18   here's ten more based upon Gaspipe

19   Casso.

20       We took time, we analyzed them,

21   we researched it, we went through

22   all of the writings that were

23   available at that time.  We wrote

24   to the board attempting to explain,

25   which I think we satisfactorily

1    did.  And we also said the source

2    of your information, Gaspipe Casso,

3    he's not reliable.

4        [End Tape 1, Side Business]

5        MR. BREITBART:

6    [Unintelligible]  All of those

7    homicides are now explained except

8    these two and these two attempted

9    assaults which are before you.

10       I think [unintelligible] and I

11   think Mr. Kelly was somehow

12   offended or thinks that I conned

13   him into going along with

14   [unintelligible] the 2255 and he

15   doesn't want to be responsible for

16   releasing Mr. Furnari and he has

17   now made this into something

18   personal.

19       He [unintelligible] in 1996 and

20   this man has spent an extra four

21   years in jail.  [Unintelligible]

22   and now he has the misfortune to be

23   back in front of you

24   [unintelligible]

Mr. Kelly, when he told the Board [unintelligible] in 1996 [unintelligible] that he was going to be a witness, that he was reliable, that he was telling the truth, that wasn't true. Based upon the [unintelligible] he knew [unintelligible] he knew about what was going on with the driver and the smuggling and whatever. He knew that Casso was not telling the truth. And in spite of that he tells the Parole Board that he's okay.

That's just not right and it's taking advantage of the fact that he had a particularly friendly position with the Parole Board because he was an instructor. He was helping the Parole Board by lecturing to them, [unintelligible] communications at that time was Sam Shepherd, who we were writing our letters to. He was a member of his

1

2  class.  He took advantage of this

3  relationship with the Parole Board

4  by in fact telling you that you can

5  rely on Casso.

6      And I have Mr. Zeletzky's

7  letter here.  He says if I have to

8  believe Mr. Breitbart or I have to

9  believe Mr. Kelly, I'm going to

10  believe Mr. Kelly.  He's the

11  government.  We're on the same

12  team.  He says it on the tape from

13  1996 and he says it in his report

14  which is served upon us when

15  [unintelligible] was given the 15-

16  year [unintelligible].

17      Now, some of this is

18  speculation, because I don't know

19  what motivated Mr. Kelly.  What

20  I've given you are the factual

21  predicates for what happened.  I

22  didn't try and fool Mr. Kelly.  I

23  went in and asked him whether or

24  not we can take that homicide out.

25  Ten years was coming up and I

PROCEEDINGS                    78

1
2          wanted to be able to make a valid

3          parole application.

4               Mr. Kelly seems to have turned

5          this into a personal vendetta.

6          That's a word I understand from

7          having tried some of these cases

8          [unintelligible].  Because he has,

9          in spite of what the Circuit Court

10         of Appeals has said, he is still

11         fostering Casso on you.  It's not

12         right.

13              I have some other

14         documentation.  Again, I

15         seem to rely upon the information

16         that I've been gleaning from the

17         press, from --

18              THE HEARING EXAMINER:  That's

19         okay.  We sometimes utilize that

20         ourselves.  Our [unintelligible]

21         take all information and then place

22         a weight upon each as it comes.

23              MR. BREITBART:  Apparently

24         Jerry was there during the re-

25         arguments, when Stamboulides'

PROCEEDINGS                                    79

1
2          affidavit with regard to
3          [unintelligible] Casso.  This is
4          one of Jerry's pieces from the
5          Internet in July with Gaspipe, it's
6          indicated that Stamboulides had
7          said in his affidavit that he
8          assaulted cooperating witnesses,
9          lied to the government about his
10         crimes and other matters, declared
11         war on the government.  This is a
12         proffer I'd like to make from July
13         13, 1998.
14             Well, I don't think, I've read
15         that one several times.  I don't
16         think that there's a basis in fact.
17         There are inaccuracies in that.  I
18         don't want to attempt to mislead
19         anyone.
20             This is one of the articles
21         from July 1998, indicating that
22         Casso was kicked out of the witness
23         unit because of his lying to the
24         Parole Board.  What he tried to do
25         was to discredit witnesses who had

1

2    proven to be reliable as far as

3    the government was concerned.  One

4    was D'Arco and the other was Sammy

5    the Bull Gravano, who's gotten a

6    lot of press.  When the Gigante

7    prosecution was going on, Casso was

8    supposedly with personal knowledge

9    of Gigante and Gigante ordering

10   things and doing things.  They

11   didn't call him, in spite of the

12   fact they wanted Gigante more than

13   they wanted anyone else.

14        After the case was over, Casso

15   then wrote to the United States

16   government and to the judge saying

17   that Gravano was a liar and D'Arco

18   were liars.  And that was the last

19   straw.  That's what caused the

20   government to come down on him, and

21   this is the evidence with regard to

22   that.

23        The impact of this case in 1997

24   where Sal Miciotta was resentenced

25   and the judge cut nine years off of

1
2          his time as a result of giving up

3          Casso as a smuggler in the unit is

4          referenced in Sal Miciotta getting

5          out of jail in June 1997.  That's

6          what this one is about.

7          [Unintelligible]

8               And I have to admit that the

9          last time I was here I made a

10         mistake.  I had told the parole

11         hearing officer, Mr. Zeletzky, that

12         bombs are not a methodology that

13         are used by organized crime to kill

14         somebody.  I was wrong, in that

15         Gaspipe Casso does eventually take

16         credit for killing Frank DeCicco

17         with the use of a bomb.

18              The basis that they used a bomb

19         was my original theory.  When I

20         said to you folks organized crime

21         does not use a bomb, in this case

22         they used the bomb so that no one

23         would think that the attempt to

24         kill Gotti and DeCicco was

25         organized crime, but rather another

1

2      faction.  But Casso points out how

3      DeCicco was killed, that it was by

4      the use of a bomb, that the use of

5      the bomb was to, by misdirection,

6      make no one think that it was

7      killing Gotti and DeCicco for some

8      other reason, and the guy that did

9      it was this guy, Herbie Blue Eyes

10     Pate [phonetic], who was a

11     munitions expert.  And it's

12     apparent to me that Jerry

13     [unintelligible] had to have had

14     the 302's [unintelligible].  But

15     Casso tells them how he was present

16     across the street, he was in the

17     car, they drove by.  Pate walked by

18     with his groceries and made believe

19     that he dropped something.  He was

20     placing his device under the car.

21     And then they went and they

22     exploded this device, which was

23     [unintelligible] explosive.  But

24     this will show -- here's a picture

25     of his handiwork and it explains

PROCEEDINGS                                                83

how Casso was truly responsible

for the bombing.

        Again, from the timing and

whatever, this was one of the

previous ones that he tried to

blame on Mr. Furnari also, but I

think the document that I'm giving

you is demonstrative of whatever.

        I apologize.  It was not my

intent to mislead the Board.  My

theory was correct that the bombs

are not used --

        THE HEARING EXAMINER:

Actually, I'm not too sure about

that.  If you remember the Danny

Green bombing in Cleveland.

        MR. BREITBART:  Again, that's

not -- is that an Italian crime?

        THE HEARING EXAMINER:  Uh-huh.

        MR. BREITBART:  It is?

        THE HEARING EXAMINER:  A Jewish

guy, but it was, that's neither

here nor there.

        MR. BREITBART:  Maybe that's

PROCEEDINGS                                84

1

2    another exception.

3        The last one is like a summary.

4    It's only cute because Casso, when

5    he's walking out of court, turns to

6    Jerry Capisi, who he recognizes

7    [unintelligible] and says to Jerry,

8    "They're railroading me."  And I

9    don't know if you saw in the

10   papers, but just last week he's

11   bringing a new motion that he

12   should get the benefit of being an

13   informant because he was an

14   informant.

15       The Sal Miciotta minutes and

16   the fact he got the credit may very

17   well be helpful and you don't have

18   to look them up, but this is the

19   transcript of proceedings

20   [unintelligible] resentencing, and

21   I think it might in fact be helpful

22   to you folks.  Sal Miciotta is the

23   guy who gave up Casso on the

24   smuggling and the bribery in the

25   institution.  He's the guy that

PROCEEDINGS                                85

1

2      Casso then attacked and -- the

3      second time he did a lot better

4      with him because he was handcuffed,

5      he was naked, he was being taken

6      back from the shower.  He attacked

7      him with a pipe.

8          But if I may just have a moment

9      to ask my client if I've left

10     anything out --

11         THE HEARING EXAMINER:  In fact,

12     I was going to ask him that also.

13     Let me just go off the record.

14         [Off the record]

15         MR. BREITBART:

16     [Unintelligible] a chance to talk

17     to Mr. Furnari in private.  There

18     are a couple of things that I don't

19     think we discussed.  Basically,

20     it's with regard to the other

21     things.  Like the last time we were

22     here Mr. Furnari had had 500 hours

23     of religious training.  The last

24     certificate I got before he stopped

25     the religious training program

1
2    indicates that he's now got 700

3    hours of religious training.

4        I would also point out that in

5    every institution that he's been in

6    in addition to this one he's always

7    got the highest marks as being a

8    model prisoner.  I think if you

9    check with your own

10   [unintelligible] he's attempted to

11   be as helpful as he possibly can in

12   ameliorating a situation or

13   providing whatever guidance he can

14   as a 76 year old individual.

15   That's the other thing that I

16   wanted to point out here.

17       Mr. Stalk [unintelligible] can

18   probably give you more insight into

19   Mr. Furnari than anyone else.  And

20   we hope that you speak to him,

21   because I know that Mr. Furnari has

22   a great deal of faith in Mr.

23   Stalk's supervision.

24       He's 76 years old.  A lot of

25   what Mr. Kelly has alluded to is a

1                    PROCEEDINGS                    87

2       manifestation of fear on his part

3       that if Mr. Furnari is released

4       he's going to play some kind of

5       renewed role in organized crime.

6       That seems to be a little

7       inconsistent with everything that

8       I've read and everything that I've

9       provided to you.

10          The government has taken credit

11      for destroying the Luchese crime

12      family and organized crime.  It no

13      longer exists as far as they're

14      concerned.  I do know that there

15      are reports which indicate that

16      this Vic Amuso, who was sentenced

17      to life and who I believe is in

18      Atlanta, has been running the

19      family from that prison for the

20      entire period of time that he's

21      been incarcerated.  There was

22      reports in the newspapers and

23      reports in intelligence reports

24      that he appointed someone to follow

25      him as an acting street boss, and I

1

2     think that man's name is Joe D.,

3     and he was convicted under the name

4     Joseph DeFiti [phonetic].  And I

5     know there's evidence

6     [unintelligible] by Mr. Amuso when

7     he was in jail.

8         Mr. Amuso then, when Mr. DeFiti

9     was convicted and went away,

10    appointed somebody by the name of

11    Joey Flowers to be the acting

12    street boss of the Luchese crime

13    family.  What I'm suggesting to you

14    is that the people who exiled,

15    chased away Mr. Furnari's son, the

16    people who committed the 187

17    murders, the people who have been

18    in absolute control of what was the

19    Luchese crime family, are not

20    waiting for a 76 year old to come

21    in and renew any rule.

22        Mr. Furnari wants to see his

23    sons married, have lots of little

24    kids, bounce them on his knees for

25    as long as he possibly can.  It's

1      PROCEEDINGS                    89

2      an illusion I referred to before

3      and I refer to it again.  This man

4      just wants to get out of jail.  His

5      wife is sick.  He wants to take

6      care of her.  His son is sick.

7      He's got a brain tumor.  He just

8      wants to relive that little portion

9      of his life that he possibly can.

10     And he's done everything toward

11     that.

12          In conclusion, I would just

13     most respectfully suggest to you

14     that all of Mr. Kelly's assertions

15     are based upon this Gaspipe Casso,

16     who has been found, not only by the

17     government but the Third Circuit

18     not to be reliable.  There is no

19     corroboration for anything that Mr.

20     Casso said.  Mr. Furnari has

21     exceeded by about 80 months, I

22     believe, the guidelines with regard

23     to this case.  And I would point

24     out that the underlying case for

25     which he was sentenced was not a

1

2        case of violence.  It was an

3        extortion with threats with regard

4        to the construction industry.  And

5        again, it had that Galente homicide

6        in it for which he was held not to

7        be responsible almost ten years

8        afterwards.

9            I would ask the Commission to

10       please carefully consider this

11       application.  It's made by someone

12       who's worked hard and long on

13       accumulating these facts for you.

14       I'm constantly available to them if

15       there are any questions.  I

16       appreciate the opportunity to fully

17       explain our position, Mr. Kostbar,

18       and I think that covers it.

19            THE HEARING EXAMINER:  Thank

20       you.

21            What I'm going to do at this

22       moment is shut off the tape.  I'm

23       going to excuse you from the room

24       for a couple moments.  In fact,

25       I'll let you gather together your

PROCEEDINGS                                91

1

2     stuff right now.

3         MR. BREITBART:  With your

4     permission, after [unintelligible]

5     bring Mr. Cartagena back and get

6     his [unintelligible]

7         THE HEARING EXAMINER:  All

8     right, fine.  Then we'll do it that

9     way.  I'll gather together my stuff

10    and get together my stuff and then

11    I'll tell you what my

12    recommendation [unintelligible] is

13    going to be.

14        [Off the record]

15        THE HEARING EXAMINER:  Mr.

16    Furnari, I've considered your case.

17    I've spoken to you, spoken to your

18    representative and considered the

19    evidence before me.  I am going to

20    be making a finding in your case

21    that your case, recommending a

22    finding that your case be

23    considered as a Category 8 offense

24    severity.  I am basing this not

25    only on -- well, first of all, I'm

PROCEEDINGS

1
2    basing it on the information
3    provided us in your pre-sentencing
4    investigation as well as the
5    information from Mr. Kelly in his
6    multiple letters.  And of course
7    that's based on the testimony --
8    not the testimony -- the
9    information provided to him and the
10   government through Mr. Casso and
11   other witnesses that we talked
12   about at today's hearing.
13         I believe that the information
14   has been corroborated sufficiently
15   that Mr. Casso provided in order
16   for me to recommend a finding on
17   those situations.  And consequently
18   I'm recommending a Category 8.  I'm
19   recommending that your case be
20   referred to the Commission for
21   original jurisdiction
22   consideration.  Since this is an
23   initial hearing, they will either
24   consider yours as an original
25   jurisdiction case, which means that

1

2    there will be more than one

3    commissioner making the decision,

4    and if and when you appeal it would

5    be the full commission sitting on

6    it, if they should make an original

7    jurisdiction case.  And I'm

8    recommending that you be continued

9    to a 15-year reconsideration

10    hearing, and that's 15 years from

11    now, since this is a new initial

12    hearing, December 2015.

13         MR. FURNARI:  [Unintelligible]

14         THE HEARING EXAMINER:  We add

15    four more years since this is a new

16    initial hearing.

17         I thank you.  That concludes

18    today's hearing.

## C E R T I F I C A T E

I, Thomas Kramer, certify that the foregoing transcript was prepared using standard electronic transcription equipment and is a true and accurate record of the proceedings.

Signature _____

April 9, 2001

NATION-WIDE REPORTING & CONVENTION COVERAGE
305 Broadway, Suite 408, New York, NY 10007
(212) 227-7440 * (800) 221-7242 * FAX (212) 227-7524