

U.S. Department of Justice

United States Attorney
Southern District of New York

ᗒA00112

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 11, 1996

By Facsimile
John R. Simpson, Regional Commissioner
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
(301) 492-5525
Attention: Anthony Suleski

Re: Christopher Furnari Reg. No. 19815-054

Dear Mr. Simpson:

The Government respectfully submits this letter, as requested by Hearing Examiner Suleski, at the conclusion of the parole hearing for Furnari, which was held at FCI Allenwood on December 3, 1996.

For the most part, at the hearing Furnari essentially admitted his membership in the Luchese Organized Crime family and his close ties with other organized crime figures, including Frank DeCicco of the Gambino Family who was murdered in the wake of the Paul Castellano execution. Instead of expressing remorse about his crimes, Furnari spent most of his argument attacking the credibility of Anthony Casso, a trusted associate of Furnari, who provided much of the information of Furnari's other crimes that was set forth in our August 1, 1996 letter.[1] I have addressed below some of the issues that were raised during the December 3 hearing.

1. Murders by Members of Furnari's Crew and by Members of the Luchese Family 1983-1986

At the hearing inquiry was made concerning the number of

---

[1] To date, the Government has not been compelled to disclose any of the reports of interviews of Casso, as we have had to do prior to the testimony of D'Arco, Chiodo and Carew. Because Casso may be called as a witness in upcoming trials and because the information provided in some of his reports is the subject of ongoing investigations, and in the absence of any requirement that we disclose such reports in this instance, the Government elects not to make the disclosures that Furnari has requested.

John R. Simpson, Regional Commissioner                                          2
December 11, 1996

murders that were committed by members of the Luchese Family crew that Furnari captained until 1983. We have identified the following murders and attempted murder in which Furnari's crew members participated:

| Victim | Date | Participant(s) |
| --- | --- | --- |
| Joseph Abinanti (attempted murder) | 9-1-79 | Vittorio Amuso, Anthony Casso |
| Vincent Albano | 7-5-85 | Herbert Pate |
| Gaetano Barbusca | 6-22-74 | Amuso, Casso |
| John Coiro | 6-22-74 | Casso, Amuso |
| David Blakely | Late '70's | Oscar Ansourian, James McCann |
| Frank DeCicco | 4-13-86 | Casso, Amuso |
| Roy DeMeo | 1-20-83 | Jos. Testa, P. Testa, Casso, Amuso |
| Nicholas Guido | 12-25-86 | J. Testa, G. Zappola, F. Lastorino |
| James Hydel | 12-86 | Casso, Amuso |
| Bernie LNU | Late '70's | Ansourian, Lastorino |
| Richie LNU | Early '70's | Casso, Amuso |
| Anthony Luongo | 11-11-86 | Casso, Amuso |
| Lee Schleifer | 2-75 | Casso, Amuso |
| Vincent Craparotta | 6/12/84 | Martin Tacetta |

As was reported in our August 1, 1996 letter, Furnari was directly involved in the conspiracies that resulted in the murder of Schleifer and the attempted murder of Joseph Abinanti. In addition, and as we indicated during the hearing, it would not typically be the case for a Luchese Family member or associate to commit a murder without the knowledge and approval -- either tacit or express -- of the crew's capo, who also must have approval from the Family's administration. As far as we can tell, that trend was followed by Furnari's crew, both during and after he served as the crew's capo. Indeed, from D'Arco and at least two other Luchese

John R. Simpson, Regional Commissioner                                3
December 11, 1996

Family sources, we know that immediately prior to his conviction in this case, Furnari met with other members of the Luchese Family hierarchy to select their successors in the event they were convicted and imprisoned for a lengthy period. At that meeting they selected Amuso to be the Family's boss, Mariano Macaluso to replace Furnari as consigliere and Casso to be a capo. It was then decided that Anthony Luongo, who had been vying to replace Anthony Corallo instead of Amuso as boss, would pose a threat to the newly appointed administration. Thus, the decision was reached to have Casso and Amuso murder Luongo.

Furnari's counsel also claimed at the hearing that there were no murders committed by the Luchese Family between 1983-86. As the list above of murders by only members of Furnari's crew -- one of several Luchese family crews -- amply demonstrates, Furnari's assertion is simply inaccurate. As set forth above, five of these murders by members and associates of only one Luchese Family crew occurred during the period 1983-1986, while Furnari was consigliere.

    2. Attacks on Casso's Credibility and the Number of Murders Casso Committed

Quoting from the testimony of FBI Special Agent Chris Matteice, Breitbart indicated that Casso was responsible for 187 murders and, thus, his information could not be credited. I have since spoken to Agent Matteice, as well as several other agents who have spent years investigating the Luchese Family and who have personally interviewed D'Arco, Chiodo, Casso and others who were involved in the affairs of the Luchese Family.

In particular, Agent Matteice testified in the Eastern District of New York in United States v. Capaldo in 1994. On cross-examination, Mr. Breitbart asked him " . . . how many homicides or attempted homicides this particular group was responsible for?" To which Agent Matteice responded "187." In my conversations with him, Agent Matteice has indicated that he believes the question was directed not toward the number of homicides that Casso had committed, but toward the number of homicides D'Arco reported had been committed by members of the Luchese Family during his tenure in the Family. Other experts who are more familiar with both Casso and the Lucchese Family believe that Casso has participated in a substantial number of homicides but no where near the number that Mr. Breitbart has drawn from Agent Matteice's testimony. Regardless of the exact number, we do not hide from the fact that Casso was indeed murderous. However, this fact alone does not render his information untruthful or incredible. In fact, many of the Government's most notable cooperating witnesses, such as D'Arco, and Salvatore "Sammy the Bull" Gravano, are responsible for murders in the double digits, yet juries have found their information to be inherently reliable.

John R. Simpson, Regional Commissioner						4
December 11, 1996

Significantly, in the approximately eight trials in which D'Arco has testified, he often has stood alone as the only witness on many of the charges for which the juries found the defendants guilty.

With regard to Casso, it is clear from our description in our August 1, 1996 letter of the Schleifer and Taglianetti murder plots, and the Wolford beating, as well as the Luongo murder plot described above, that Casso's information does not stand alone but is corroborated by other informants and witnesses in material respects.

At the very least, it is undisputed by several sources that Casso was a trusted and close associate of Furnari, who Furnari helped place in the Luchese Family's hierarchy when he was convicted of the crimes for which he is now being considered for parole. If it wasn't for Furnari, Casso would not likely have been in the position to cause the mayhem to which he has admitted. And should Furnari be paroled, it is likely he will again be embraced by the same murderous enterprise.

3. Inaccuracies in Furnari's December 2 Letter

Although Mr. Breitbart's December 2 letter was addressed by both sides at some length at the hearing, the following points arising from his letter and arguments are worthy of note. First, Mr. Breitbart claimed that he wasn't even sure that the Abinanti shooting referred to in our August 1 letter had in fact ever occurred. The fact that Abinanti was shot in his driveway and survived is substantiated by, among other sources, the police officers who responded to the scene of the shooting. In sum, Abinanti was shot by the Luchese Family as an accommodation to the Genovese Family, who were enraged at Abinanti's kidnapping of associates of the Genovese Family (as well as of the Colombo Family). Indeed, because Abinanti was a Luchese Family associate (and his father a Luchese member), the Luchese Family was accountable for his actions, which offended the other families and violated the rules of the Commission. When Abinanti survived the shooting he was essentially banished to California, and no longer the concern of the Genovese. This is not to say, as Mr. Breitbart suggested, that he was completely severed from the Luchese Family. Indeed, several years later, when the Luchese Family needed help locating Anthony DiLappi in California, they enlisted Abinanti.

Second, while defendants against whom Chiodo testified in the Painter's Union case, which involved the beating of Wolford that we described in our August 1 letter, you should also know that Chiodo's information on all matters has been substantially corroborated by many sources, and that his testimony has been found credible by several other juries before which he has testified in other cases.

John R. Simpson, Regional Commissioner
December 11, 1996

5

## Conclusion

Furnari was a leader of one of the most dangerous and deadly criminal organizations in this country's history. It is hard to imagine that release at this early date is an appropriate execution of Judge Owen's sentence. This is particularly true given the information of Furnari's other criminal acts, the breadth of the enterprise that he helped lead, and the expectation held by many of his confederates who are active in the Luchese Family that Furnari will return to the fold.

If you need additional information, please do not hesitate to contact me.

Very truly yours,

MARY JO WHITE
United States Attorney

By: _____
DAVID N. KELLEY
Chief, Organized Crime & Terrorism
Tel.: (212) 791-1131

cc: David Breitbart, Esq.
(by facsimile)