TRANSCRIPT OF TAPE LABELED "FURNARI, INITIAL ALM 12/3/96 TAPE 1 OF 3"

Chris Furnari - "CF"
Tony Soleski, parole board examiner - "TS"
David Breitbart - Attorney for Furnari - "DB"
David Kelley - AUSA - "DK"
Kenneth McCabe - Investigator AUSA's office
Ben Malcolm - Alternate representative

SIDE I

TS:    And I don't want, uh, anyone else in here because mainly strictly because I want to get the preliminaries out of the way.  Um, you don't have an opportunity to review the letter that was just provided to you?

DB:    (unintelligible)...That's right.

DK:    Okay.  You know, we have a lot of back and forth going statements made by you and informants of the government and arguments as you saw in the letter made by Mr. Furnari's attorney.  Um, so I'd like to find out, before we get started, and I don't want this argued in front of them, what is your position on the revealing of any documents that they have asked for and so forth so I'm aware of that?

TS:    Uh, I don't ... (unintelligible) though I'm not prepared to answer that today.  And the reason for that, is that's not a decision I can make on my own.  Um, I think that some documents that would support, uh, the allegations I make in my letter, uh, ____(unintelligible) which I think would include some of those (unintelligible), uh, but, uh, that's not a question I can say with any certainty (unintelligible).

TS:    Okay, then what I will attempt to do is to hear all of the information as provided by both sides today and then withhold my decision for a week or two until we can reach that type of decision.  Um, anybody have any problems with that?

DB:    None whatsoever.  I, I assume you're referring to the fact that when the office letter was written by Mr., uh, Mr. Kelley I asked first the commission and then Mr. Kelley I asked first the commission and then Mr. Kelley to bring me documents that might in any way corroborate or indicate past statements (unintelligible).  Those are the documents you are referring to I assume?

TS:    First let me go on record as, as stating, uh

DB:    Are we on the record now?

TS:    We are.  Uh, I want to go on the record as stating quite clearly that, uh, that, uh, if the government indicates that they have personal knowledge of statements made, uh, I

Furnari Tape
Page 2

tend to place some weight on that.   Because the government, uh, from, from my knowledge, uh, tends to tell the truth, although you might disagree with that.  However,

DB:    Would you expect

TS:    I

DB:    different times and different strokes for different folks?
I don't understand. I question it all.  You know, there are many instances, but there really are many things, you know, have to be brought to the attention of the Board.

TS:    Well there are, there are many allegations, and as everyone is aware, quite serious allegations, and as everyone is aware, quite serious allegations made in the letter, and then I'm sure in the statements you're going to make today, that I would be interested in, in some, uh, backup, on these statements, or at least the knowledge of where they came from, uh, by Mr. Kelley.  Uh, so with that in mind, I wanted to get this out of the way before we, uh begin the hearing.

DK:    May we, may we just indicate for the record that all of the statements that were made by counsel for Mr. Furnari as indicated in our letter are from the sworn testimony of any of the individuals referred to or from 302's which are extant out there, in the, you know, in the community.  For example, I was present at a couple of these trials, Mr. Kelley I know was present at a couple of trials, so the 302's that are referred to, for example, I brought a piece of testimony with me so that he would have an opportunity to see in fact that the likes expert for the FBI indicated that (unintelligible) is in fact that the truth.

DK:    But certainly we have no qualms about that.

DK:    Oh, one thing in response to that, I should say that, uh, Mr. Breitbart may have some drawn some of the information from testimony, um, just going through in the few minutes that I could, uh, this letter, I found several inaccuracies, um, again, that is taking things in context or is uh wrong assertions drawn, um, from statements and in testimony and so forth.  Uh, that argue, uh, is inaccurate.  So, again, it's, it's how you, different strokes for different folks and how you look

TS:    We have no qualms about whatever time is necessary for it to be properly evaluated.  Um, I, I would like the, um, you know, Mr. Furnari to, are we ready to, uh?

(unintelligible)

Furnari Tape
Page 3

TS:    I want to make sure we.........

DK:    The one safe thing I can say, after having received uh, Mr. Breitbart's request initially for documents, I spoke to you, uh, member of the parole commission, uh, and ... request Mr. Shoquist who told me that he wasn't aware of any authority that would compel me to turn it over.

TS:    No. ... that's correct.

DB:    Okay. I think the best thing we know of dealing with some of these things is by example and I think one of the, the things that we are going to be doing is dealing with it on a basis of physical example by evidence 302 testimony but also by an exploration of the language used in the letter. And one of the examples I wanted to point out which I'm going to point out which I'm going to, you know, make uh, an important part of the presentation, is that there's a presentation wherein Mr. Kelley alludes to the fact that Mr. D'Arco indicates that during his tenure, I think it's paragraph 7, Mr. D'Arco alludes to the fact that in Mr. Furnari's tenure as a consigliere every murder contract carried out by the Luchese family, um, was his responsibility. It, I don't know what it means when, and this is the type I'm concerned about, I don't know what it means when he says it's the author's understanding, because you folks didn't know, and wouldn't have known without our response, that during that period of time, 1983 to 1986, D'Arco was in jail. He was serving time on a narcotics case. And what does it mean, that it's the author's understanding? Did D'Arco say that he told Mr. Kelley that he thinks this? That's not what you told me. You told me

TS:    I'm not ready, I'm not ready to get into this at this point.

DB:    That's, that's

TS:    There are plenty of things that we can do before we start on this. I'm going to let you gentlemen have at it, so to speak. Um, so that, and then we'll, we'll try to make a decision on this case based upon, um, hopefully, an orderly dissertation on both of your parts.

DB:    Thank you.

---------------------------------------------------------------------
[beginning]

TS:    Mr. Furnari, kindly identify yourself with your register number for the please.

Furnari Tape
Page 4

CF:    Chris Furnari, 19815054.

TS:    Mr. Furnari, two things. One of them, I identify myself, but first I have to tell you that my ears are getting bad as I get older, so I need to have you speak up today so I can hear you. Secondly, my name is Soleski and I'm an examiner for the parole commission. I'm here to give you your initial hearing today. The purpose of the initial hearing is to establish whether or not the commission will grant you a parole. If so, what is the date of that parole and the terms and conditions of the parole. To do that, we're going to look at a number of areas. First is the offense that got you here, uh, in the first place. We'll take a look at that and hear from you, your attorney, and, uh, the, the government, the purpose of which is to establish an offense severity rate. The second thing we're going to look at is your prior record which will speak to your risk on parole. And lastly we'll look at what you have done with yourself since you have been here at the institution. I think we're going to switch things around a little bit, uh, so that we can start things off, uh, in an appropriate fashion here, and speak for just a few moments about what you have done with yourself, uh, since you've been, uh, in the institution. You've been in, it appears, for approximately ten years, uh, at this point, and uh, your work assignment as of now is in the recreation department, is that correct?

CF:    No, I just, just went to the

TS:    To where?

CF:    PM compound

(pause)

TS:    Okay. While you were, um, working in the recreation department, you had obtained some work evaluations, receiving above average work evaluations, and required minimal supervision. Now, (pause) is there anything you want to add to the work section alone that I haven't covered?

CF:    Not much.

TS:    Okay.

TS:    I know that the sign for this, this progress report on October 2 says, you are aware of what's in there, right?

CF:    Okay.

Furnari Tape
Page 5


TS:    Um, educationally, or vocationally, you have completed a number of adult continuing education classes in astronomy, business, business discussion class, military class, um, any other educational or vocational programs you want to bring to my attention?

CF:    No sir.

TS:    Now, counselling, we have you as completing the 500 hours religious activities, is that correct?

CF:    Yes sir.

TS:    And uh, and I have been shown your certificate relative to that. Anything else in counselling programs?

CF:    No sir.

TS:    All right. You maintain clear conduct records throughout your period of incarceration, is that correct?

CF:    Right.

TS:    Currently, you are on regular duty with no restrictions, as far as your work goes? Correct?

CF:    Right.

TS:    No, uh, major physical problems at this point?

CF:    No sir.

TS:    Okay. There is uh, there is a report on here in relation to your financial responsibility plan that indicates that um that a credit of $175 towards your $900 felony assessment um, that was before the fifth year collection period on assessments expired. You have paid two thousand and fifty dollars towards your $240,000 committed fine and I understand they are taking $25 out a month on this, is that right?

CF:    Right.

TS:    Now, um, where is it that you plan to reside when you are released?

Furnari Tape
Page 6


CF:    With my wife and either in Staten Island or in Florida whichever is

TS:    Do you have a residence in Florida?

CF:    No, my son is there.

TS:    What city?

CF:    Uh, Miami, I think.

TS:    Okay, anything that's not reflected in the (unintelligible) you want to bring to my attention?

CF:    No. All right.

TS:    The second issue, before we, we're doing this thing exactly backwards. But the second issue I want to touch on before we get into your, what brought you here, the offense, is your salient factors for your risk for parole. We have calculated three prior convictions, two prior commitments, age of 46, at the commencement of the current offense behavior, which would get you a salient factors score of 8. You have received an additional point under Point G of the commission's rules for salient factor score which indicates that persons 41 years of age or higher are less likely to involve themselves in criminal activities. So therefore, that places you in a very good risk category. The guidelines if the establishment at the end of this hearing or whenever we are able to bring this hearing to a completion if Category 8 is found is 100 plus months. Category 7 would be much, would be much less in the area of 52 to 80 months in this case. Is anything I said correct in relation to your prior record?

CF:    Yes.

TS:    Okay. Then let's begin with the part for which everyone is here, and that is your offense of conviction. As of 12-15, you will have been in here for 120 months. Is that correct?

CF:    Yes.

TS:    All right. You were convicted by trial of racketeering conspiracy, racketeering extortion, um, in payments to employee representative. The presentence investigation, which is where we had taken this original document from, indicates that uh from 1970's on, you were involved as a significant and powerful member of the Luchese organized crime

Furnari Tape
Page 7

family, and the PSI describes you as consigliere of the Luchese family, and as such, from time to time, represented the family in dealings with the commission, the commission being the ruling body of the five organized crime families in New York City. The commission either gave direct or tacit approval for the murder of Carmine Galenti, Leonard Capolo, and Giuseppe Tirano. Um, as a representative of the Luchese family on the commission, you would have been either given direct or tacit approval for the murders of those individuals. However, there is a letter dated January 2nd of 96 by Mr. Kelley, which indicates that the government has obtained new information since the conviction of an organized crime informant, uh, that indicates that, uh, during the years of this indictment, you were a capo of the Luchese family, and not the consigliere, as described in the presentence. As the capo, you were a member of the hierarchy of the Luchese family, and did not hold the rank of consigliere and therefore were not involved in the commission at the time of the homicides. However, the letter goes on to state that throughout the many years that you were an associate and high-ranking member of the Luchese family, you were well aware of and accepted the way of life of commission's role in La Cosa Nostra, and its power to order murders. For knowledge of the commission's role in sanctioning the murders you willingly accepted that your appointment to the Luchese consigliere and as such participated with other members of the hierarchy and commissioned affairs albeit sometime after the Galenti homicide. And thus in the view of the U. S. Attorney, the archives information does not in any way undermine the propriety of your sentence. The presentence also goes on to state that during the years involved in the indictment, you were involved in extortion through threats of violence, mainly around union activities, and the letting of union contracts, in return for labor peace contractors were forced to pay 2% of the contract price for all jobs over two million dollars, trial proved at least $480,600 crossed hands in this and was paid by various contractors. In relation to the murders, which were sanctioned by the ruling body of the five organized crime families in New York, it is known that during the period of the indictment you were a capo or one of the top members of the hierarchy of the Luchese family. Now, it indicates that U.S. Attorney Kelley indicates that you were well aware of and accepted a commission's role of sanctioning of murders and as a top-ranking member of the Luchese family would have been aware of these murders. Based on the initial presentence investigation and information back then the case was rated as Category 8 severity based upon, uh, based upon your involvement in hierarchy of the family which resulted in murders, uh, murders being committed. We're here today, obviously, to deal with that issue. Um, so, with that in, in mind, uh, Mr. Furnari, do you admit or deny the statements made in, uh, that I just made.

DB:   Mr. Soleski, Mr. Furnari has asked me to uh

TS:   I would like to hear from Mr. Furnari first and then you can go ahead.

Furnari Tape
Page 8


DB:    And please forgive my ignorance, because this is my first parole hearing, I've tried a lot of cases, but I, I really appreciate the courtesies of,

TS:    I

DB:    extended to us, but I'm not really sure what, uh,

TS:    I'll just, I just want to have Mr. Furnari admit or deny that if he's, these things that I have stated.

DB:    he must make a statement at this time?

TS:    Just an admission or a denial.

CF:    Oh, a denial.

TS:    Okay.  You have, as I understand the beginning statements here, uh, of Mr. Breitbart, delegated to Mr. Breitbart the authority to make a statement on your behalf.  If that correct?

CF:    Yes.

TS:    All right.  Mr. Breitbart?

DB:    Thank you for the courtesy extended, uh, Mr. Soleski.  Um, we, we understand that Mr. Furnari has been convicted of the crime, and obviously, has been sentenced, and has served en years of that sentence, and we are not here at this time to, um, attempt to dissuade you that that case should be relitigated, but what we are trying to do is, um, to bring the commission up to date with regard to all of the information we have at this time with regard to what went on. One of the things, one of the important things, I believe, was with regard to information that became available to counsel for the defense, which apparently was overlooked at the time of Mr. Furnari's sentence.  If the parole board, I'm sure the parole board, and you have indicated an awareness, indicates that Galenti was killed in June of 1979.  For whatever reason, counsel that was representing Mr. Furnari at the time, did not know, or did not seek to know, or did not make a correction at that time, and we, we brought to the attention of the United States Attorney in New York, uh, information that we had which was taken from the sworn testimony of government informants during the period of time since 1990.  In those sworn statements, it became apparent that in the year 1979, Mr. Furnari's activities were localized, according to the government's evidence, in a place called the "Nineteenth Hole" in Brooklyn.  He was

Furnari Tape
Page 9

accused at that time of being a captain in the Luchese crime family. The further evidence that was adduced from several witnesses, namely, two of the informants in Mr. Kelley's, um, (unintelligible) Al D'Arco and Peter Chiodo. They indicated under oath that there came a time

TS:    D'Arco and whom?

DB:    Peter Chiodo. C-h-i-o-d-o. That there came a time when Mr. Furnari was elevated to the rank of consigliere, and that his tenure in, in that position, according to them, would have been from the county in 1983. In one instance, Chiodo says 83 or 84. But we accept 83 to 86 for the purpose of the discussion that we are involved in. And I would ask that you folks to take note of the fact that um, this is four years after the Galenti and the two other homicides. My concern is because in reviewing the PSI, I take special note of the fact that, um, at least four, and perhaps six, of the pages in the CSI, in the PSI, refer to the homicides and the actions of the homicides being the acts of the, um, of the commission, and uh, Mr. Furnari, who had nothing to do with the commission, as far as the case is concerned, or subsequent testimony, until seven years thereafter. Um, I believe, and we have taken the position in our writings, that without those homicides, Mr. Furnari should originally have been classified as a, as a Level 7. This was done by consent. It was done after extensive discussion between Mr. Kelley and myself over many many months, um, I was advised that when we brought certain transcripts of testimony to his attention, he confronted Mr. D'Arco, who I indicated in my letter was a witness that Mr. Kelley had put on the stand, and uh, give us the Gigante case. And Mr. D'Arco acquiesced and Mr. Kelley went along with the fact, which led to the January 2, 96 letter which was reduced to an order supplementing the PSI which was originally the basis for the sentence. Um, there came a time then, when we were set down for a parole hearing on August 6 of this year, immediately preceding that we received a letter, I believe, that was dated August 1, I think we got it on the third, there was an intervening weekend, which made several allegations with regard to Mr. Furnari which we were concerned would then enhance the position that we had thought we had accomplished. We took the violence and we took the homicides out of this PSI. Mr. Kelley's letter of August 1, 96, seems to be an attempt to bring back homicides so that he would again be classified as a Level 8. We read this very very carefully, and we take severe exception to it, and um, I hope that our submission dated December 2 will be insightful and provide some insight into many and several of the allegations that are contained in Mr. Kelley's letter. Um, one of the things that I've, I've learned to do as counsel is to consider the source of any information that is brought to bear against my client, um, the nature of the allegation, plus the source, seem to be the makeup of the problem in this particular case. Mr. Kelley writes to the commission that in fact he has been advised these things, there is no question in my mind that Mr. Kelley is not going to put into a letter something that he wasn't advised. I think we have to do is

Furnari Tape
Page 10


explore the sources of information that are alluded to in the, in the Kelley letter of August 1. One of the things that Mr. Kelley does is

DK:    Mr. Soleski, um, forgive me for interrupting

TS:    Sure

DK:    It might be more orderly, I don't know, I, I look at this in kind of two different stages. Uh, one is the correction of the PSI by the government, and then a much later submission by the government, um, concerning other conduct, uh, that we thought we was relevant to the commission's determination.  Um, it might be, you might find it, and if not I'll sit back and keep my mouth shut, better if I respond briefly to uh, uh Mr. Breitbart's discussion concerning our initial letter, uh, seeking to correct the PSI.  If not, I can, I can, find it

TS:    No, I do believe you're right.  I was thinking that as we were preparing to get on to the second part here.  And the reason is, you know, I look to get everything out on each of the issues before we, we go on.  Mr. Kelley, would you mind responding to the information relative to the, to the order, changing the

DK:    Yeah.  What hap-, what, Mr. Breitbart is correct, what happened was, um, on Mr. Breitbart, and Craigborn, and co-counsel at the time, Mr. Fowler, presented me with some, one sheet of testimony, which was taken on a peripheral matter from the D'Arco's testimony, and another trial, and I don't recall which trial was it was.  Um, and asked me to, uh, consider that information, uh, as something that would, uh, conflict with or contradict the government's theory as it was presented to Judge Owen, um, at least in the PSI, in the commission case.  Um, I reviewed it, um, not being personally familiar with that case, since I was only a law student at the time, I reviewed it with the prosecutor's, uh, who won the case, um, and I also spoke to D'Arco.  Um, important choice of words.  I never can find D'Arco.

DB:    Yeah.

DK:    Remind me to be confronted.  It was a matter about which I had not ever discussed with D'Arco.  I had, I had conversations with D'Arco, over a long period of time, over a number of subjects.  Did Furnari's name come up?  Frequently.  However, D'Arco, uh, excuse me, Furnari, in my view, was history, serving on a sentence, we had many other matters to address, other cases in fact on D'Arco's testified and I think we counted eight or nine trials at this point, um, he's been a, a witness involved in countless prosecutions, we weren't concerned about prosecuting Furnari, it was the first time that I went back and spoke to them directly about that testimony.  Um, it wasn't a confrontation.  Um, very

Furnari Tape
Page 11

candid, see, as I recall it, he didn't rise to the commission level, when he became, until he became consigliere, uh, back in say 83 or so. So, no confrontation.

DB:    I didn't mean to suggest by the use of that word that there was a confrontation.

DK:    I, I said

(unintelligible - several voices) choice of words

DK:    Um, the other

DB:    I kind of liked it

DK:    The other, uh, matter is, Mr. Breitbart mentioned, how it was overlooked, at the time of trial. I think what was important here, is Judge Owen. Judge Owen is a, is a well-respected jurist, member of the Southern District Bench for many years, who sat through this trial many, many months, and in front of him were some very competent prosecutors, but also, on the other side of the aisle, were some very competent, in fact, the most notable, uh, defense lawyers, in the City if not the country, uh, trying this case. He heard the evidence, um, and not much gets by Judge Owen. And having heard that evidence, uh, he recognized the severity of this case. He recognized Furnari's role in it. He knew what the evidence was. And that's the sentence he imposed, of 100 years. Um, so, I don't think, I can just look at this, as, oh, _____, you know, it just was an oversight and that oversight led to a whole series of mistakes, uh, that placed Furnari in the situation he is in today. Uh, what put him there was evidence through the course of a several month trial. Um, then, so, my goal in making that initial letter, I think was last January, was simply to comply with Mr. Breitbart's request, to set the record straight, it was the first time I was aware of any inconsistency, and I sought to address it, um, as promptly as I could, um, any other demands on myself and my office, we gave a response, um, I saw that as very narrow task, and I undertook that task. When I learned many months later, many months later, um, in fact I don't think I learned that Furnari was up for parole until the late spring or early part of the summer, that's when I undertook to compile all the information, to contact the informants, the cooperators, and

SIDE TWO OF TAPE

and so, not until the spring or early summer, I believe it was, at the earliest, did I undertake to gather the information that, uh, our informant's, cooperators had, on Furnari, and compile that, because I thought it was important not to, I, I wasn't focusing on increasing the salient factors of the rating, what I was intent on doing was to apprise the parole

Furnari Tape
Page 12

commission of all relevant information, um, before it undertook its own test of determining what was in store for Mr. Furnari. Which leads us now I guess into the allegations I make in that letter. So I am now in less you have any questions on Mr. Breitbart.

TS:    Okay Mr. Breitbart.

DB:    I understand that one of the reasons that the parole commission sets guidelines is because there are different factors in different sentences (tape fades out) judges all over the country and one judge might sentence someone to ten and someone to fifteen and some of them for ninety years. Mr. Kelley alludes and his kind words describes counsel at the time and in glowing terms.· Um, I don't want to go back ten years, but I think it's important at this time to make note of the fact that one of the most prominent lawyers in that case was Carmine "the Snake" Persico representing himself in creating the particular environment in the courthouse when Mr. Kelley was in law school. How or why or what effect that had in fact on Judge Owen is what the parole commission is to determine. And I assume that that's why guidelines are made. But in fact in that case, one of the key defendants, accused of some of the most serious crimes, represented himself. And, uh, that had, and, and, did in fact, play an impact. The fact that someone could miss something in a PSI through _____, it happens, that's not what we're objecting to, what we're objecting to, um, has apparently been corrected, by the acquiescence, and not the confrontation, but the talking to Mr. D'Arco, and I indicate to you that not only is there sworn testimony from D'Arco, but there is also discovery material provided pursuant to Rule 3500 from Peter Chiodo. The earliest date is the 83 date. And that's why I brought it to the attention of the commission. But what we're looking at here are Mr. Kelley and his August 1 letter citing four sources of information to try and now bring back homicides or copies of bonds to Mr. Furnari. Those four individuals have reputations in the community. Mr. Kelley in footnote no. 1 on page 2, describes each of those cooperators, and he says that they pleaded guilty to a variety of violent records and offenses. Those, those cooperators are four in number. One is someone who was an associate, repeat bearer, admitted to being an associate of the Luchese crime family, he was known as, Tommy "Irish" Carew. Um, I don't believe, the testimony is that he never arose above that level, not for any lack of ability, but because he was from the wrong ethnic group. He was Irish, and Irish guys couldn't uh, couldn't, couldn't get "straightened out", according to the vernacular. Peter Chiodo is one of the informants. Peter Chiodo did rise quite high, according to his testimony, and the testimony of others who investigated him. Chiodo was a soldier, he was a captain, according to their testimony, and he was even raised another notch, to where he became part of the troika that was administrating the family during the period of time in the, in and around 1990, 1991, when Casso and Amuso went on the lam. Al D'Arco, another one of these informants, rose through the ranks from associate for many many years. He professes to have been involved in the life for three decades. Um, to

Furnari Tape
Page 13


soldier, to captain, and then when Vic Amuso, the then boss, and the Anthony "Gaspipe" Casso who went on the lam he was then the underboss and/or consigliere for a period of time. When they went and ran away because they had inside information that an indictment was coming down and then testimony is replete that for years they had sources of government information with regard to what was going to happen, D'Arco, Alfonse D'Arco, became the acting boss of the family, administrating their needs. The, the fourth individual that Mr. Kelley relies on in his letter is this Anthony "Gaspipe" Casso. In his paragraph on page 2 at the bottom he indicates that these individuals have testified in numerous proceedings, including trials and depositions that have also appeared before federal grand juries. Um, what I can tell you has been gathered from the legal community is the fact that Chiodo and D'Arco and Carew have in fact testified in the United States. Casso has not. There is no discovery material extant in the legal community with regard with Casso. Casso has been in fact a cooperator for several years. I think it's at least three.

DK:    Mr. McCabe

DB:    would probably know better but I think it's at least three years.

DK:    approximately this summer if I may, approximately this summer

DB:    We presume and we offer to the commission that there can only be two conceivable reasons why Casso has not been called as a witness. Because there have been many cases where he has professed to have knowledge of the underworld workings and for which he would be ultimately responsible as the underboss. One of those reasons is obviously he is inherently unreliable and the government does not choose to base any prosecution upon him. This is for a couple of reasons which I'll get into. And the second is that if and when he was debriefed, whoever was working for the government in charge of debriefing, did the briefing, would have in fact had an opportunity to compare his debriefing materials with the debriefing materials of the others who we do not about D'Arco and like, Carew and Chiodo. Because many of the murders that these men committed, they committed together. Many of the crimes and violence and criminal activities that they engaged in, were engaged in as co-conspirators, there in the same period of time. The effect would be, if they turned over all of these 35, all of these 3500 material, that, uh, all of the times that Chiodo and Casso and Carew have testified, we have now the guy who says that he says that he was the underboss telling a completely different tale it would jeopardize those other prosecutions which has now come about in the Eastern District as a result of what has, what has been learned about Scarpa being an FBI informant for thirty years, and the FBI being involved in the Colombo war and participating by taking Scarpa aside and helping them kill people in the Persico/Orena war that went on. Um, those, we

Furnari Tape
Page 14

can conceive of no other explanations for why Casso has not been brought out from under the circumstances where he is. What you

TS:    when we get to Mr. Kelley

DB:    We'll do another. What I think you should in fact know, um, because 95% of the material we estimate in here, is based upon Casso. I think, Casso says this, or Casso suggests this, or Casso kills these people, but he did it at the behest of Mr. Furnari. I think that you should understand what Casso is and there's nothing in Mr., uh, Mr. Kelly's letter that gives you that. But there was a case that was tried in the Eastern District of New York in 1993. There was an agent by the name of Christopher Matisse that was called to testify in that case and he was described as the FBI agent, um, most knowledgeable about the Luchese crime family. He came up with startling facts wherein he attributes to Gaspipe Casso 187 murders and/or conspiracies to commit murder. Now this guy would have to be the worst figure of mass murderer that has ever been produced on the face of, of this particular country or continent. Which goes along with the theory that this guy would be inherently unreliable. What jury is going to listen to someone that the FBI was able to prove was involved in 187 murders. In addition to that there is an enormous amount of testimony from these same informants that Casso was involved in narcotics, not only as a narcotics dealer but also as a narcotics user. Um, there's a lot of information that is coming out about him continuing to use narcotics during the period of time that he was running away what has been colloquially described as the "windows case" when he went on the lam in 1991 and D'Arco took over the family. Uh, people were ordered to bring in great amounts of money, or the money that was being extorted. They were also bringing in large quantities of cocaine, and a lot of that would explain how someone could become paranoid enough to have 187 people killed. Also in my presentation you're going to learn that Casso thought nothing of lying for the purpose of having someone killed. And D'Arco and the other two testified with regard to what Amuso did indicates that Amuso would make up the fact that someone was an informant when they would know that he wasn't an informant just for the purpose of having an (unintelligible) hearing. I'm going to get that more precisely with specific incidents which I can corroborate with sworn testimony and 302's. But that's the individual that

TS:    Let me stop you

DB:    Sure

TS:    Um, I would like for you to be touching on these things and, you know, give me a little bit of information on that, but I think you went into quite some detail in your, in your letter with names and so forth, is that correct?

Furnari Tape
Page 15

DB:    Yes I did.

TS:    All right.  Let's touch on then, to kind of summarize, rather than going into great detail, because I'd be interested in hearing Mr. Kelley's answer to these points.  Um, and I can read, these points.  I did read over the letter, uh, prior, right prior to the hearing.

DB:    I apologize for being redundant.  I just know that a great many of these names are difficult.  I know that, I know that the foremost expert on this, this, this lifestyle is, this, the agent sitting over there, Kenny McCabe, I know Mr. Kelley is the chief of the organized crime unit, I have tried to become familiar with it because I've tried several cases, I do not it's difficult concepts.  There was one other area that I wanted to just point out and then I'll be glad to gloss over and respond to part of it.  One of the things that these men are called to do and they're called to testify, for example, D'Arco, is not only indicate who and what he did, but he's also been called to testify to what are the rules of organized crime, and apparently there are very structured set of rules as to what you can or cannot do, um, like the law, or rule of omerta, that you're not supposed to tell, but that's broken, obviously, by many of these cooperators.  But he has indicated other things with regard to who can order a murder, for example, and he has sworn on several occasions that the only one who can order a murder is the boss of the family.  He has indicated that, um, on several occasions, that, um, a solider in one family cannot interact with a boss of another family.  That's for interaction with administrations.  Um, he has indicated that there are methodologies which are not countenanced, and this is part of the testimony

TS:    -- for a second

DB:    Sure.

TS:    Where you said a soldier in one family cannot interact with another, were you in your letter referring to a soldier?  I thought you were referring to someone in the hierarchy of one family.

DB:    Casso in one of the allegations indicates that in the, in 1985 he was at a meeting.  The reason I point it out is because I think it's in Mr. Kelley's paragraph no. 4.  He indicated that there was a meeting that took place between _____ Genovese consigliere, Bobby _____ and others, shortly after the Gambino family or Paul Castellano was gunned down.  He advised that the meeting took place at Furnari's Staten Island home.  That flies in the face of everything that Mr. Kelley introduced himself into evidence throughout D'Arco.  That there is no way, in, in other words the entire indictment is predicated on a commission, as an organization wherein equals of different families interact.  There are no soldiers.  Casso, who would have been a soldier at that time, could not have been in the

Furnari Tape
Page 16

presence of bosses according to the sworn testimony of these informants that were called to testify in these cases. Now, whether or not he is testifying about what he himself saw, or, uh, the response is going to be he was told that that was such, that there was such a meeting, I'm bringing to your attention what I know is the rule that's been testified to, so that you can evaluate the testimony on that basis. One other point I'd like to make is, these rules would all be, according to D'Arco and Chiodo, would all be explained to these men when they were sworn in, and they, at a ceremony, with a knife and a gun present, and the burning of a piece of newspaper, and, um, the taking of a drop of blood. One of the other rules which is going to be very very significant here is that no one, uh, is supposed to deal in drugs. But the one that plays the most active part in this particular letter, Mr. Kelley, is that no one can be killed by bomb. The breach of any of these acts by someone that accepts the membership in the family, the breach of these acts are in and of themselves, according to D'Arco and Chiodo, are capital offenses. So if you kill someone without getting the authority of your boss, you die. If you, uh, go with someone's wife or someone's daughter, you die. If you kill someone with a bomb, you die. So we talk about enforcement of statutes, those are rules that are very very strictly followed, and I, I just offer you those as background with regard to what I'm about to say. In my letter I indicated to you that I was proceeding backwards, and I was proceeding with allegation no. 7, and in that instance D'Arco says that it's his understanding that Mr. Furnari was responsible for every murder contract carried out by the Luchese family. What I would ask you to just take consideration of with regard to that is that Mr. Furnari's tenure is now from 1983 for some time until 1986 when he surrendered. What Mr. Kelley doesn't point out to you folks is that during that period of time Al D'Arco was in jail doing extensive bit for narcotics violations. How he understands it or what he understood or what he understood or what his source of information was, Al D'Arco comes out of jail and testifies for Mr. Kelley, I believe, in the Gianco case, that, uh, Mr. Amuso and Mr. Casso were not running the Luchese crime family. Uh, I've also searched the records very carefully. There are no murders committed by the Luchese family during that period of time. Or at least none that have been attributed to the Luchese family.

(laughter)

That's the way we deal with no. 7.

No. 6, something that's not in the letter because it just jumped out of the computer last night, is an allegation that somehow in 1987 an instruction by someone reputed to be Mr. Furnari's son to shake down Joseph Martinelli. The analysis of the 302's indicate that when Chiodo was debriefed about this particular situation, and Chiodo was one of the referenced individuals, the person that gave the information for that was somebody by the name of Bobby Amuso, who was a captain and the brother of Vic Amuso. Uh, I, I ask you

Furnari Tape
Page 17

to take to listen to the fact that even one of his other informants, Tommy "Irish" Carew, indicates, in footnote no. 5, that Mr. Furnari Sr. had nothing to do with that in his permission. And I would ask you further to take note that in the, in the '90's, this guy Martinelli was handing over tens of thousands of dollars to the Amuso, Casso, Chiodo, D'Arco group, as a result of the extortion was that was being carried out by those people. This is, and may I point out at this time that Mr. Furnari denies each and every one of the allegations that are contained in Mr. Kelley's letter. He had nothing to do with any of this violence.

With regard to allegation on page 3, described as the extortion with regard to the painters' union, I'm particularly familiar with that one. This is a man by the name of James Walford who uh, Chiodo testifies that he gave a beating to. And that he was accompanied by a man by the name of Vangelo, Defendants Tommy "Irish" Carew. This allegation was the key focal point of the prosecution in the Eastern District of New York in front of Judge Jack Weinstein in 1993. Mr. Furnari was accused in that indictment of being the co-conspirator of Frank Arnold, the member of, the former member of the painters' union who was, um, someone who then became an independent painting contractor. Everybody that was charged with the Walford beating based upon Chiodo's testimony, Furnari too, was acquitted. Repudiation by a jury of these allegations when someone has an opportunity to listen and cross-examine the facts should be dispositive, I would think, of a naked allegation like this. Um, Furnari is attributed by Chiodo also of being responsible for being chased away, for being responsible for Chiodo not being able to come and come and get the books to anybody involved in organized crime, so there's a particular animus that Chiodo manifested as regard to judgments that he said were exercised by Mr. Furnari.

With regard to allegation no. 4, I hope no one _____, I've gone too fast and missing something. With regard to allegation no. 4, this is the one wherein Casso recounts a meeting taking place with bosses. Um, and then they discuss, um, you know, uh, killing John Gotti and Frank Decicco. Um, I would point out too that there is no way they could follow the, I don't think he came out first.

TS:    Are you sure of that?

DB:    I just (unintelligible) (laughter)    Don't believe he did.

TS:    Uh, discuss killing John Gotti and _____.

DB:    A man by the name of Frank Decicco. Um, the, the, first of all, this was at the period of time in the Furnari case, the original case, the commission case was being created. The, the amount of wire tapping, the amount of physical surveillance, is described in the

Furnari Tape
Page 18


PSI.   It was enormous.   There were hundreds of tapes, hundreds of photographs, thousands of photographs, thousands and thousands, there never was such a meeting in Mr. Furnari's house.   There was certainly no physical surveillance, there was no photograph, there was no reference, that any FBI agent ever saw, uh, such a surveillance. I would ask you to take cognizance of the fact that they say that the bombing of Decicco was an organized crime act.   There's never been anyone that's been prosecuted for that, but let me suggest that the bombing in and of itself would have been an act that would have caused the immediate death of the bomber.   Because it was a violation of the rules of organized crime, according to D'Arco and Chiodo. The other thing that I would ask you to take cognizance of is that this man Decicco was a friend of Mr. Furnari's.   I would ask you to take cognizance of the fact that he was held in high repute by Mr. Furnari and that the, the information in the discovery materials and in the street it's very important that Anthony "Gaspipe" Casso despised this man Frank Decicco.   That's apparent.   Uh, Decicco was a man who would not hesitate to indicate that, uh, Casso was, was an animal, that Casso was a, a, paranoid schizophrenic, that Casso was a drug addict, and he was despised by this guy.   We don't take exception to the fact that Casso wants to say that he killed this man, or be it, it would be a violation of organized crime rules.   But what we take exception to is the fact that Casso says, "I killed him but I did it for him."  (unintelligible) the fact that all of the things that make up the allegation, um, are, are very thinly veiled, and there has never, ever, ever been a piece of material, that indicates that Mr. Furnari has anything to do with this.

Allegation no. 3 is with regard to, um, a meeting between Mr. Furnari and Jim Giovanti, who was reputed to be the boss of the Genovese crime family.  Now that could just be, um, a mistake, or, or, you know, the speed of the writing that went on.  But even the PSI, which you are, uh, in possession of, indicate that in the 1970's the boss of the Genovese family was somebody by the name of Funzi Tieri, and that the boss of the Genovese family was somebody by the name of Funzi Tieri, and that the boss of the Genovese family, up until and including 1981 was somebody that inherited the reins with somebody by the name of Johnny Solano.  So to make Mr. Gigante the boss in 1970, um, or in the '70's, is a distortion of the fact.  Now he may be referring to someone who now became or accused of being the boss and I think that Mr. Gigante is now under indictment for that or being tried next year.

Voice          unintelligible

Received a complaint from Gigante the boss of the Genovese crime family that Joseph Abonante needed some straightening out and that Mr. Furnari then as a result of that had Amuso and Casso, uh, shoot this fellow.  I would point to you, most respectfully, that, uh, D'Arco testifies a great deal about Abonante.  He indicates, uh, in spite of the fact that this

Furnari Tape
Page 19

paragraph attempts to make him out to be a victim, that Abonante is a, an associate in the Luchese crime family for many many years, as a matter of fact, he's been around the family all of his life. When he needed someone to help his son kill a man by the name of Anthony Galapi, part of that team was this man Abonante, and it was done at the behest of and with the knowledge of, according to that discovery material, of Casso and Amuso, to suggest that Abonante was the victim when Amuso and Casso are using him for a homicide at a later period seems to be a, stretch credulity just a bit too far. So what they're trying to do is suggest that something in the '70's that led to this man Abonante being shot by Casso and Amuso, and I don't even doubt for a second that a man by the name of Abonante was shot although we can't find the police report that so indicates it. But you should know in evaluating this that Abonante was an affiliate, an associate of this family for his entire life, that his father was a member of the family for his entire life, and that then he participated without D'Arco's side of the murder of this man Galanti.

Paragraph No. 2 talks about a man by the name of Richard Taglianeti and that, uh, Furnari issued another contract. Again, I would reiterate, over and over again, that Mr. Furnari has never ever been accused of being in a position where he had the authority to initiate a contract. That's something that only the boss can do. And when you are evaluating Gillis I would like you to take cognizance that Chris Matisse, the FBI Agent, said that, uh, Casso and Amuso were responsible for 187 bodies, human beings, that D'Arco has pleaded guilty to nine murders and admitted on the witness stand at least being involved in ten more, 19, that this guy Chiodo is responsible for, again, what we like to call in basketball, "double figures", and Carew is reputed to be one of the most eager shooters out there. Furnari's reputation with regard to avoiding violence in any, not being involved, it should stand him in good stead. But now we're talking about and issuing a contract on someone by the name of Taglianeti. He's been in jail since 1986 in November. Mr. Kelley's letter indicates that he was killed in 1992, Taglianeti. He was killed by a man name of Conti, one of the men described in the spoken material as being one of the "kids". There was a group of young fellows, young shooters, young, assertive individuals, along with Joseph D'Arco, Al D'Arco's son, this man Zippolo is doing this stuff. This would have had to have been done by Amuso and Casso, I think I would go into that sufficiently but to suggest for a moment that Angelo Difentis is a victim here and that Taglianeti was getting killed because he, he was responsible for the death of Angelo Defentis, it makes Mr. Defentis sound as some kind of weak victim. This is, this is, is interesting from the point of view of when Chiodo testified that he was going to tune up or great Mr. Wolford, he took with him Angelo Defentis. When, when, when Peter Chiodo indicated he was going to beat up Mr. Martinelli, Angelo Defentis, a soldier in the family, was taken along. When he was sworn in, and when he was promoted, he would go to Angelo Defentis's club. Angelo Defentis was one of the most respected men in the street, according to these people, and they put him in this paragraph as some kind of individual who, who, who needed someone's help

Furnari Tape
Page 20

to go and avenge his son's death.  The most shocking part of the thing is when Chiodo was, uh, decided to become an informer, which probably wasn't a bad decision because he was shot twelve times himself and he survived that assault.  Um, it, it was apparent that the homicide attempt by Amuso and Casso had failed, so they had to go and warn Tiero that if he testified his family was going to be killed.  The person that was chosen to go visit was Angelo Defentis, this same individual that they say was in fact, you know, a victim here.  Angelo Defentis went to see Chiodo's lawyer, a man by the name of Charlie Ama, and threatened him, and told him that everyone would die if Chiodo was·in fact the witness. The bottom line is, that, um, Chiodo then testifies about these threats going to his family and through his father and to his lawyer.  And in saying, when responding to the questions that are prosecuted, did you believe that these were real threats, he says, Angelo Defentis? _____? You bet I believed it!  They would have, two of the worst killers in the street!  So, it took to, to put Defentis in here, as if he needed permission to avenge his son's death, is, it raises this to the level of, of absurdity.

And the first allegation is something that had to do with the seventies.  A man by the name of Leish Leifa, uh, apparently, was, again, Mr. Furnari, is reputed to have been involved in the homicide of Leish Leifa.  Leish Leifa, as a result of drugs, Leish Leifa, as a result of becoming an informant.  Most respectfully, what I can point out to you is that Mr. Furnari's reputation with regard to being anti-narcotics is replete in all of the discussion that have ever gone on by anyone.  The fact that Casso and Amuso, the people he, are involved in drugs, and have always been involved in drugs, and that drugs was banned in the Luchese crime family until they took over, and the fact that they were using drugs up to and including the time that they became arrested, is apparent.  The fact that this young man was found dead on February 18, 1975, that does not surprise us.  There has never been any suggestion by anyone anywhere that Mr. Furnari had anything to do with this.  Mr. Furnari has never heard this name, has never heard of this individual, and I would most respectfully point out to you that the only person that accuses him is this mass murderer who the FBI has attributed a hundred and eighty-seven murders or attempts to commit murder to.

The last thing I would like to refer to is Mr. Kelley's suggestion in his letter that Furnari has a future in organized crime if and when released and we hope it's soon.

(END OF SIDE TWO OF TAPE 1)
-------------------------------------------------------------------

(BEGINNING OF TAPE LABELED "FURNARI #19815-054 12/3/96 TAPE 2 OF 3")

Furnari Tape
Page 21


SIDE 1

Voice 1:      Okay.  Go ahead.

DB:    Mr. Kelley indicates in his letter that the administration of the Luchese family hasn't really changed and that Mr. Amuso is calling the shots from jail.  That's part of the discovery material.  Um, that's part of the, the position that's been taken.  What I tried to point out to you because, first of all, I point out to you that Mr. Furnari is 72 years old.  He's got family, he's got a wife that loves him, he's got children that love him, he wants to go, and he wants to bounce the children and the future grandchildren on his knee.  That's what he wants to do.  He wants to do it in Florida, half a continent away from any organized crime activity for which he was convicted.  Um, what I would like to point out to you that during the period of time since 1986, anyone, anyone who had any influence or respect or leadership qualities manifesting themselves with regard to the Luchese family has either been exiled or murdered.  This has happened over and over again and for your edification I give you eight _____ examples.  There was a man by

TS:    I can read this.

DB:    There are some nuances because at the time, what I would just point out to you, there are 8, but the, the background of some of that is, is fairly complex.  The uh, I certainly don't want to weigh upon your, your patience, you certainly can read them, but each and every time I would suggest to you, um, somebody did have some intelligence or respect in the street, he was killed or, or ordered killed or exiled by this group of people.  The, the list is there.  I agree.  What I would just ask you to also take from that is that Casso was capable and very often lied about the reason that someone would be killed.  The best example I give, I think, is this Michael Solano, a many year captain in the Bronx who was ordered murdered by, by Casso and he ordered D'Arco to carry it out, and in order to accomplish it he told D'Arco that Michael Solano was a rat, he was an informer.  The absurdity of that, first of all, D'Arco didn't believe it.  D'Arco said that he didn't believe it.  He believed that he was lying about it.  He believed that he was lying about it, he believed that he was doing it because he was a man of prominence

TS:    I've read that particular part.  It's in there in detail.  I don't need you to

DB:    I don't want to be

TS:    I just want kind of a summary of it.

DB:    Okay.

Furnari Tape
Page 22


TS:    Do me nicely.  We can allow Mr. Kelley to respond point by point.  Then respond to his response.

DB:    I'm going to make some notes then, if you don't mind.

TS:    Okay.  Anything else?

DB:    Um, I think that, I think I've covered it, I missed, the most important thing is that these August 1 allegations were those contained in the August 1 letter, um, are, are totally denied by Mr. Furnari.  There is no physical evidence with regard to Mr. Kelley in relying upon allegations by someone who is, totally untrustworthy, unreliable to the extent that the government themselves not to use it.  For all of the above reasons.  Is there anything else you would like me to add?  I appreciate your patience.

TS:    Mr. Kelley?

DK:    Yes sir.  Um, I might like to uh, I'm going to not respond paragraph by paragraph, at least at this juncture, to uh, Mr. Breitbart's letter, as I said, I just received it, what I would try to do, is to go back to where he began at our last break and uh try to address some points that I thought about and jotted down.  So it may seem a little bit disjointed.  I will try to be as organized and understandable as possible.

First, the first thing that Mr. Breitbart said, began to address my August letter, uh, was, the possible impact of Carmine Persico going pro se might have had on the trial of Judge Owen.  I should say that uh Persico who was then and is, stands convicted of uh, being not only a member of the commission with which Mr. Furnari was convicted, but also, um, the boss of the Colombo family.  He is now serving a lengthy term.  He was tried on, on the latter charge, being the boss of the Colombo family, before Judge Keenan. _____ pro se.  In remarks

DB:    That's, that's not true, David.

DB:    Frankie Lopez represented him at trial, I was sitting next to him.

DK:    He was

DB:    Not pro se

DB:    He went, Frank Lopez was his assisting counsel.

Furnari Tape
Page 23


DK:   In the Colombo case?

DB:   I'm sorry, I didn't mean to interrupt you

DK:   No please.  Correct me.  Which trial did he go pro se?

DB:   In the commission.

DK:   He also stood up for himself extensively before Judge __.

DB:   He did not.

DK:   All right.

DK:   In any event, cross-examined a hundred and ten witnesses.

DB:   What?

DK:   I'll stand by Mr. Breitbart's representation.  What was said on the record in either of the Colombo case or the commission case, by either Judge Keenan or Judge Owen, now Mr. Breitbart tells me that it was Judge Owen, um, before whom he went pro se, uh, that would be, say, paraphrase these words, uh, an extraordinarily effective advocate and one of the most brilliant men he's ever encountered.  Um, he obviously was provided by, and found Mr. Persico's representation effective.  Now, Mr. Breitbart's recurrent theme here is reliability as it obviously would be of the informants, the cooperators, upon whom I relied in my letter.  Uh, what I find interesting, um, as an initial matter, is it was Mr. Breitbart who came to me initially, raising it as a flag of victory, testimony from D'Arco, saying we need to rely on this to show that Mr. Furnari was not involved in the commission at the time his murder occurred.  So obviously they accepted credibility.  This is some one you can rely on, so go with it.  Now, when the information brought forth by D'Arco, um, is not favorable to Furnari, he is an out and out liar, not someone that can be relied upon.  So Mr. Breitbart wants it both ways.  Um, what I suggest to you is that D'Arco has testified, uh, in eight trials I believe, it may be nine at this point, um, he has been the focus of several other indictments of countless other defendants that resulted in guilty pleas in all but, uh, I think in two trials he has some acquittals but in most trials defendants were convicted across the board and in fact some of those counsel in which defense stood convicted were counts that relied solely on the testimony of D'Arco.  Um, he has, uh, one of the trials when she uh in which the defendant was acquitted was the Bianco trial.  Which I tried myself with another assistant, uh, there was an acquittal, and essentially that corroborated the testimony of D'Arco concerning one murder, uh, in other racketeering

Furnari Tape
Page 24

trials though, the rate of conviction is, uh, extraordinarily high. Um, the other fact I should
point out about these cooperators, um, and Mr. Breitbart has done all he can to throw mud
at him, and I would think that's what he needs to do, but, um, these are not people that we
selected, these are people that were close to the defendant. Um, people with whom he
associated, people with whom he was quite close, particularly Casso. Um, Chiodo, um,
cooperated, he testified a number of times, convictions have resulted in a trial more often
than not in the cases in which he has testified. Um, he was shot twelve times. He was
shot twelve times before he cooperated because he was believed to be an informer. But
then when they cooperate, the Luchese family were fearful enough, or was fearful enough,
of, uh, the damages cooperation would bring upon the family, that they undertook to have
him murdered. Um, Mr. Breitbart also points out, uh, that Mr. Casso, uh, has not testified
in the United States, that is not true. Um, Mr. Casso has testified. He testified and in the
proceeding in the United States Court and is really prosecution in which he was subjected
to cross-examination, the United States was not a party to that case. Um, he has testified
before Congress, who has relied upon his information in publishing a report on the extent
and effect and impact of Russian organized crime. I can represent to you, sir, that there
is no determination of which I am aware that he will not testify at any proceeding in the
United States. Um, there are some oncoming trials in which he may well in fact testify.
Um, his information has been used and has been relied upon, um, by other, uh, by
government agents, in pursuing investigative means, um, and have found that information
in many instances to be reliable. I think another point to um point out as to Casso's
reliability is D'Arco. When D'Arco was acting boss of Luchese family he was so at the
behest at that time of Casso, who was consigliere, then acting underboss, and with Amuso
who was the boss of the family at the time. They went on the lam carrying the prosecution
in the case of Amuso in the Dist. of New York. D'Arco has testified in countless trials and
proceedings. Now, in order to please Casso and Amuso he kept quite meticulous records
of the money and activities of the family that he presented to Casso. He portrayed Casso
as a person who was very sharp, somebody who, for lack of a better expression, and I
don't use _____'s words, I use my characterization of the description to me, is
somebody who is almost anal compulsive. Who would put in front of him notes, who would
have everything arranged, and whenever I had particular questions about the activities of
the family, he wanted to be apprised of what is going on, while I am on the lam. Now,
D'Arco's characterization of Casso in that way, was directly corroborated by documents
seized by government agents at the time they arrested Casso in the winter of 1993. What
they found were records relating to transactions about which D'Arco has previously
provided information about which D'Arco had testified, and about D'Arco had made notes
and turned over to _____ at the time of his surrender in 1991. So there was a
correspondence of documents and figures maintained by D'Arco and later seized by the
government agents in 1993. So, to characterize Casso as some deranged maniac high
on drugs, not aware of what was going on, it couldn't uh, couldn't be truthful, that simply

Furnari Tape
Page 25

by, by not only testimony, but also the, the documentary evidence.  Um, now, it's true in my letter, that most of the information does come from Casso.  But um, in many instances it's corroborated by people who were very close for Furnari.  Not people as close as Casso, I think Casso is probably, wasn't the time, before Furnari's incarceration, one of the closest people, uh, to Furnari and the Luchese family.  But it would ask you to focus on information in this letter that is corroborated by Carew and by _____.  Independent information, and their not being aware of the time they gave the information, of information that has been provided by Casso.  Now, um, there is a reference in the letter, I don't know if it's of great importance, but I'm going through it serially, um, Mr. Breitbart mentioned, uh, testimony of Special Agent Matisse, Chris Matisse, um, was not a member of the Luchese squad, was _____, I'm not familiar with his testimony, so I don't know um from which uh testimony Mr. Breitbart is drawing.

DB:    U. S. v. Arnold

DK:    Right.  And (unintelligible) testimony I'll do that.

DB:    Luchese expert.

DK:    In any event, he was not a member of the Luchese squad.  But, nonetheless, there is no doubt, um, that the Luchese family was an extremely murderous bunch, as was the other families in organized crime.  Um, there is no doubt that D'Arco has admitted to his participation in somewhere in the neighborhood of fourteen murders.  Um, Chiodo

TS:    Say that again, I was

DK:    D'Arco has admitted to its own participation of somewhere in the neighborhood of fourteen murders.  Um, either directly, or indirectly, passing on the orders from above.  Chiodo has participated in _____ in numerous murders.  Gravano, Salvatore Gravano, um, who was an underboss, or acting underboss and capo in the Gambino family, who was a key witness against John Gotti, had somewhere in the neighborhood of 21 murders.  So, um, because someone had murdered, he may be familiar with facts, and aware of facts, but being a murderer simply does not make him out to be a liar.  Um, in fact, jury sets out otherwise.  The jury heard the testimony of these witnesses, either witnesses whom in the government's view and I point to D'Arco, Gravano and Chiodo, had them amongst them the most, the most effective witness, uh that the government has brought, uh in organized crime cases in this country.  Um, and juries have relied upon them.  Um, I now present their information, um, not counting Gravano, but D'Arco and Chiodo among others, um, to you.  And these, these are witnesses who have cross-examined before.  Um, the, Mr. Breitbart went on also to talk about, um, the structure and rules for organized crime

Furnari Tape
Page 26

members, that D'Arco has testified about. Um, D'Arco, um, as Mr. Breitbart points, has been involved in organized more than _____ is. Known to have been active in it for in excess of thirty years. He is, if you speak to him, you find him engaging on the issue of history of organized crime. He can tell you the boss, every boss of the family, from, uh, going back into the twenties. And he's, considered I think by most organized crime experts in law enforcement to be perhaps one of the most knowledgeable people in organized crime. Um, that the government has ever had the opportunity to debrief. Uh, the issue is, um, can an order, can somebody order a murder, if the murder is to be sanctioned by the family, can it be ordered by someone other than the boss? And D'Arco obviously, or Mr. Breitbart has correctly pointed out, the answer is no. Um, in every case, does the boss directly to the minions of the family? The answer to that is no. Um, he has also testified to the role of consigliere. Um, who among other things, is, um, with the underboss, a conduit to the boss of the family, for passing on orders, for arbitrating his fees. Um, some of orders that uh towards the consigliere serves as a conduct is murder contracts. Um, so it is not inconsistent at all for uh, uh, D'Arco's standards, that the consigliere would pass on the words or order, issue a contract uh to its soldier to kill a person. Um, also, in this area, of addressing D'Arco's description of the structure of the family, and the rules for mass crime, he refers to our representation of the letter about Casso's participation in the 1985 meeting following the murder of Paul Castellano. Um, it is simply wrong to say that a soldier would not be permitted at the meeting. The soldier can and often does, if not invariably does, accompany a boss.

TS:    Am I mis, misreading what he said? I thought he said that a soldier from one family cannot involve himself in a meeting in another. Is that what he said? Or

DK:    A boss. Yes, that's exceeding

TS:    I think that's

DK:    exactly what I said. That's why it is a commission.

TS:    Okay. Let's hear this.

DK:    Bosses from each family arbitrate disputes among themselves.

TS:    Yes.

DK:    To say that other people are not present, um, I think is a mischaracterization.

TS:    Okay.

Furnari Tape
Page 27

DK:     Um, to say for instance, that Casso would not have gone to a meeting or attending a meeting, um, either uh, you know, either was directly present at the time the discussion was held with the bosses or if he accompanied um or if Amuso accompanied somebody, Furnari there, and then left with him, and had a discussion, about what transpired at that meeting, is another subject.  To say that he wasn't present at that location when the meeting took place, I think, is saying some hostile and organized crime rules is, is wrong. Um, bosses go to meetings, being accompanied by someone.  Um, a trusted agent, be it a soldier, a capo, or another ranking member of the hierarchy.

Voice:          (unintelligible)

DK:     Or, maybe to serve as messenger.  Um, now, um, a third part of Mr. Breitbart's attack on the suggested meant um some of the representations of my letter are inconsistent with D'Arco's characterizations of organized crime rules, is the idea of a bombing.  And the idea of a bombing, um, Mr. Breitbart said, simply flew in the face of the standard practice, or accepted practice, um, of organized crime.  First off, this is a meeting following, uh that followed, came in the wake of, the murder of Castellano.  Um, an admission, many members of the commission, reportedly were outraged because it was not fully sanctioned, um, murder.  All bets were off, and they undertook retaliate any way they could.  And in fact Frank Decicco, an upstart, uh, with whom Furnari now we learn, had a close relationship, but an upstart and rising member of the Gambino family, um, was killed by that very method.  By a car bomb.  Um, and Casso admits participating in that. Um, now

TS:     Was it sanctioned?

DK:     It was, I can't say here, that it was sanctioned.  It was one of those discussed, and a plan that was arrived at by many members who were represented on the commission, I don't know that it was a commission, officially commissioned sanctioned endeavor.  Um, but it was a, um, an item that was discussed.

Voice:          (unintelligible)

DK:     The murder was, uh, was something was sanctioned, whether or not, um, the meeting was, um, an official commission endeavor is, is not clear.  But, um, the, um (pause) give me one second to try to read my notes.  Uh, uh, when I, with regard to the painter being in prosecution and Chiodo again Chiodo had been found credible by several of the juries, in fact, that some of the information upon which we rely um was resulted in acquittals, is not something that the commission should completely discount.  Um, it's been getting us, from Chiodo, has been found credible on, on numerous other issues, about um,

Furnari Tape
Page 28

other members of the family, and his testimony at trial. Um, Mr., going back for a second to this meeting of the commission, uh, uh, Mr. Breitbart says that (unintelligible) wasn't picked up on surveillance. Um, to suggest that we are able or capable of finding every meeting that the commission participated in despite how interested we were to identify this activity, um, these people have made it a science of how we evade law enforcement. We have cases, um, um, and Mr. Breitbart is well familiar with these cases, of meetings that place, um, in the wee hours of the morning, to try to avoid law enforcement. Members of law, of organized crime, will engage in the most sophisticated uh patterns of surveillance techniques. So to suggest that, that the meeting simply did not happen because we didn't surveil it is, is really ludicrous.

TS:     What I, what I said, I believe, was that the meeting took place at, uh, Mr. Furnari's residence. Would that have been a place that would have been standardly under surveillance?

DK:     To, for us, for the government to have under surveillance, um, each and every member of organized crime or the commissions residents at all times, I don't think was, um, was the case at the time. There were attempts to use surveillance at times. Um, but to say that we were able to surveil each and every incident that occurs there, is not fair.

TS:     So is, his residence was not under surveillance at all times?

DK:     No, it was not. Um, with regard to allegation no. 3 in my letter, yes, one reading of my letter suggests that _____ was the boss of the seventies. Um, the letter is meant to read, meant to read that (unintelligible) he was a powerful member of the Genovese family who later became the boss and is now charged with being a boss of the uh Genovese family. Um, and the import of that allegation that a powerful member became a boss with whom Furnari had a close relationship. Um, the, I have no

TS:     Are you still on that subject or are you moving on to another one?

Voice: That's what I'm doing.

TS:     Let me ask you a question for my own enlightenment on this. Um, this particular meeting, or relationship that Carmine would have been in the seventies prior to

DK:     In the seventies leading up to the time he was uh terminated essentially by the instant indictment if not his subsequent incarceration.

TS:     Okay. And um were there any allegations of murder or any such activity that

Furnari Tape
Page 29

resulted from the meetings between these two individuals?

DK:    Only what's put forth in my letter.  The fact that the time um, the interaction of the families I think, was more rigid than we are seeing today.  There was interaction, that was the purpose of the commission, to have an arbitration, have an informal relationship among the families at the time, was not something that we saw frequently.  Some informal relationships and some friendliness and so forth, yes.  Um, but you have so-called joint ventures without it going up to the top was not something that we saw at that time.

TS:    Okay.

DK:    Um, one thing that Mr. uh Breitbart raised before was that um he claims that in responding to my suggestion that it was D'Arco's perception that all murders that occurred while he was consigliere would be ones in which he participated in or actions, words that I use, he said that it's not possible because, um, D'Arco was in jail, but, again, um, D'Arco.

TS:    He said is was his understanding.

DK:    D'Arco um did say um, let me back up (unintelligible).  What Mr. Breitbart said was that D'Arco couldn't have that understanding because he was in jail.  Again, he will rely on D'Arco's understanding at the same period of time when D'Arco was in jail when Furnari arose to be a consigliere.  Now, D'Arco has testified, and this information is consistent from another informants with whom we have spoken, that he got out of jail in 86, he was immediately, um, taken into confidence with the hierarchy of the Luchese family, excuse me, quite quickly, was made an acting capo, and later a capo, and then rising to the level of a member of a three-man panel, later acting boss.  In 1986 as soon as he took over the affairs of um the crew, that he was to run, it was the Vario crew at the time, his first thing to do, and he's testified to this, is to bring everybody in and get them fully debriefed then on what they're involved in.  And what are the activities of the family.  He had many many discussions with Casso and Amuso with what's going on in the family.  Um, so, um, he was getting information in jail, when he got out of jail, um, he was very studious about the affairs of the family, because he took very seriously his role of arbitrating the _____ and so forth and it is important to know, he _____ the present situation of the affairs of the family, um, if he _____ take that as effectively and he did.  Um, one thing also, I'm moving on to another subject, um, is, the, saying, the employability of the defendant uh situation defendant is coming to Furnari there is two points that I think that

TS:    Say that again.  Possibility of

DK:    Defendant's coming to Furnari (unintelligible) and that goes into allegation no. 2 in

Furnari Tape
Page 30

my letter. This is a situation where um defendant no. 1 has just lost his son. And if there
is a murder _____ to the perpetrator I think that attention will focus quickly on him. I think
I would also say that retaliation was going to be undertaken against to the, to move then,
if the murder was attempted to avenge the murder of defendant's son, if defendant and his
wife were grieving out of town, focus would not um, would not be brought. But, um,
because of the way he's even buttressed really or supported by the facts uh that defense
was engaged in these other activities. He was an active member of the family. And that
is why Furnari responded to him. This is somebody we, whose death we want to avenge.
This is what we want to do. This is an affront to the family. We'll take care of it, get out
of town, lay low, we'll take care of it. So it is even more plausible when considered in
those terms. The, uh, other statement Mr. Breitbart made that I think warrants a response
is um Furnari being anti-drugs. Um, may not be anti-Mafia but he certainly, in Mr.
Breitbart's view, is anti-drugs. Well, um, he was, very close to Casso and Amuso. And in
fact was responsible for them since at the time that Casso and Amuso were members of
his crew. And a person named Bert Kaplan was an associate, excuse me, Sam Kaplan,
was an associate of that crew. Um, the, um, those three people, Casso admittedly um,
were involved in extensive narcotics use. It is hard to conceive, um, that Furnari did not
at least, at the very least, um, tacitly, um, approve of that narcotics activity. Um, now, the
um (pause)

I'm just trying to see some of my notations that I read, on a quick read of this letter. Um,
the, the fact of the matter is that, um Furnari was convicted of participating in what was
perhaps the most notorious crew and cartel in this country. Um, and it was in court
prosecution, um, for which he received an appropriate sentence. Um, so you consider him
for parole at this time, I think, and in view of what he was convicted of, in view of the
information that we believe is relevant and we believe can be relied upon by the
commission, um, he should not be considered favorably at this time. But I also want to
press another plan. Um, I mention in the letter, Mr. Breitbart's packet, information that we
received about the state of affairs of the Luchese family. Amuso was convicted, he has
been in jail, he has exercised some control of the family. That has been fractured over
time. That has led to factional disputes. Um, and the information that we have received,
is that there is uh, a battling for power. Um, a person can rule from jail only so long in an
effective way. The information that we have received, that Furnari is someone who is
looked to, um, as being perhaps one of the most respected members of that family. He is
revered, and then, I say, from my conversations with several informants and cooperators

(END OF SIDE ONE OF SECOND TAPE)

Furnari Tape
Page 31

(BEGINNING OF SIDE TWO OF SECOND TAPE)

TS:    Okay.

DK:    But I was touching upon the information that we have received from informants about Furnari's prospects for institutional organized crime.  Um, now that information that we received came as a bit of a surprise.  It was not something where we went out to the informant and said, hey, what do you know, or what can tell me, or what can you, can you guess, will be for Furnari when he gets out.  That's not what happened.  What happened is we had a source of information on the street, people who are participating in the affairs in the family, either as associate, or as members, who without solicitation by us, um, apprise us of the status of conversations, discussions, meetings, by members of the Luchese family, where they go up to these meetings, just that.  Uh, that Furnari is somebody who is respected, uh, somebody for whom, uh, could guide the family through these troubled waters, so to speak, um, and bring them out of the difficulty that they've been confronted with um by the incarceration of so many members of their hierarchy.  Um, and that is the information, and that is what I present to you.  Um, and we believe it to be plausible.  Um, to suggest that Furnari can go to see Staten Island or um Florida or Miami, um, strongholds of the Mafia in the North and in the South, is uh, you know, putting, you know, the foxes to guard the hens.  Um, so, uh, without, without, answer any questions, I think my comments can stop there.

DB:    May I just respond please?

TS:    Okay.  Um, we're back on the record.  Mr. Kelley, um, I had a couple of questions, actually, related to Mr. uh, to Mr. Breitbart's statements before, that I wanted to make sure that I have clear.  First, he addressed an issue of statement made by D'Arco, from jail I guess, that uh, that Mr. Furnari was involved in some manner in any murders between 1983 and 1986.  And then he went on to state that there were no murders that anyone knows of, anyway, that were committed during that period of time.  Um, I would like for you to address that issue, if you can, for me.

DK:    Um, I'll do that in two ways.  First uh, D'Arco's statement, um, is to say that if someone is in that position of the family which you know Furnari has been, he is uh in a controlling position uh together with the boss and the underboss of all the activities of the family, anything that's sanctioned, thus if a murder is committed, it would go through him.  If an extortion is committed, it would be done with their approval.  Um, if somebody is given a beating, it would be done with their knowledge, if it's going to be sanctioned by the family.  That was the import of this statement.  Um, with regard to um the reference to the Luchese family murders between 83 and 86, I don't know that to be accurate, I don't that

Furnari Tape
Page 32

to be inaccurate, um, it is not something um I'm prepared to answer as I sit here. (pause) (unintelligible) what happened to DeCicco which was a murder committed by a member of the Luchese family whose (unintelligible) was committed (unintelligible) than 1986.

TS:     Okay. Um, you talked about, uh, all of the other informants, uh, except, I don't believe you addressed Carew.

DK:     True. Uh, I think that Mr. Breitbart did it there, uh, summary of Mr. Carew, who was a trusted and respected associate of the Luchese family who was involved in a wide range of activities to which he pleaded guilty. We considered him to be very reliable. We had information, um, I don't know if he has testified in a trial, um, but, um (unintelligible) you testified, he did testify at the trial, that resulted in a conviction, that Mr. Pagiarola, who was a member of the Luchese family. Uh, he was also, uh, just one second. (pause) Um, the reason I selected Carew as one of the people that I turned to in trying to pull this synopsis, in trying to identify people with whom Furnari had a particularly close relationship, despite what the time frame may seem, I pulled this letter together, um, in relatively short order. Um, uh, and so I tried to identify those people who we knew to be closer to Furnari than some others. Carew, as well as Casso, uh, or people with whom Furnari had a very close relationship before his incarceration, I know Carew is also respected associate, although his Irish heritage, uh, Mr. Breitbart pointed out, kept him from being a sworn or inducted member of the Luchese family but I think _____ across the board by cooperating with informants, um, respected, trusted associate was involved, and (unintelligible). Um, I mentioned Casso in my conversations, my discussion before, these are people, you know, Casso was close to Furnari. Um, and he was able to rise into the family through his relationship with Furnari. Amuso in the same way. Amuso took over the family when Carew and Furnari um, were, um, were put, were incarcerated. Um, and they had a say as to who it was that would take over. So these were people who were in place. Because of the actions taken for, um, you know, Mr. Furnari was incarcerated.

TS:     All right.

DK:     People that they trusted.

TS:     The um, the Lee Schleifer murder?

DK:     Um hum?

TS:     Uh, give me a little detail on that, if you will.

DK:     I didn't touch upon it because I thought I mentioned it as much as I could pretty fairly

Furnari Tape
Page 33

say in this letter. Um, I thought it was, um, you know, Casso, um, was one in particular, he explained, I think, the fact that my debriefing of various informers and cooperators, one of the things they are most concerned about is, is somebody who has been locked up for, um, narcotics, or _____ somebody because of the heavy sentences that narcotics can bring, the fear that they can be an informant, that the squeeze that the government has over somebody involved in narcotics is, they perceive, organized crime, to be a particular danger. Um, they perceive him to be cooperating and um I think, you know, I really describe as much as I could in this letter.

TS:    Um, the issue of uh Mr. Furnari's direct or indirect through his tacit approval as a member of the hierarchy of the family during those three years and as a capo before that. Um, in the, in the before part, how would he have been involved or in the knowledge of murders that were committed through the family prior to his involvement as consigliere.

DK:    Um, if a murder is undertaken by a member of his crew, and if a person is to have permission, I mean you can't do without having his capo, having permission of the capo, because the murder is going to be sanctioned from the family, has to be sanctioned from the top, access to the top is through chief of command, associate to soldier, or soldier to capo, to the hierarchy through the persons near consigliere to the boss. And that is generally how it occurs.

TS:    Were any members of his crew involved in any murders during that period of time?

DK:    Before his rise as consigiliere? Um, I would say, um, yes, but I would have to go back and track through to pull out specifically that information. Yeah. Sure. I put the Schliefer one in there but, um, beyond what's in my letter, um, you know, the princess, Casso was a member of the crew, he was involved in the murders first, um, so I would say that the answer, and I think that the answer is yes, but I'd have to go back and cull through it (unintelligible)

TS:    We're going to have some time after this, after this hearing, before I made a final, um, decision, on this, I'd like you to address that, if you will. Um, I think that answers my question.

DB:    One of the dangers that counsel for defendant, in analyzing a case and examining witness fines, is what a witness has some propensity to mix some fact and some fiction, and tell a half truth, you know, I was in organized crime, so I did this, and because there is an admission with regard to one, it distorts the other. Mr. Kelley and I did have discussions which led to the January determination that the PSI should be changed. But it wasn't, uh, merely based upon the fact that I had D'Arco testimony. Now first of all, there

Furnari Tape
Page 34

are some things that are fact, that even someone who's capable of the law is going to have to relay as a fact. But it was more than the testimony of D'Arco. There was also the sworn testimony of Chiodo that he wasn't involved in the commission during the particular period of time. But we're not armed with just the testimony. We also have the benefit of experts like Mr. McCabe here. I mean he's, his star in, and he's followed these people and taken more pictures than probably anyone else in New York. They knew, as I pointed out, that they, who the boss was, or was reputed to be the boss, they also knew the consigliere was, in 1979. They knew that the consigliere in 1979 didn't die til August because I presented them with the mass card of the individual who was the consigliere in 79 three months after the Galenti homicide. So it wasn't me, the fact that Chiodo and D'Arco has sworn to the fact that the man didn't get involved, according to them, in the commission until 1983. There was also physical evidence, surveillance and understandings, that led the government to acquiesce to the fact that there was no need for a 2255. What we did was, we agreed as gentlemen to avoid litigation. What I did was I walked into Mr. Kelley's office and I showed him the prepared 2255 and I said, do we have to litigate this? And he said, let me look at it, let me check it out. And then, he came back, and he said, no we don't, we agree, he wasn't the consigliere until 83. It's not that I choose to accept D'Arco about one thing to negate him about the other, it's that there are things that aren't known. It has been informant after informant from time immemorial plus individuals that has led us to understand what some of the rules of organized crime are. And it's that relation of rules, time and again, for the last 20 years of these cases, that we know. They have been corroborated, D'Arco and Chiodo, by many means, with regard to the knife and the gun, with regard to the hugging and the kissing, with regard to the rules about not involving themselves with females, with bombings, with the interactions between, so when you accept what a guy says about one thing, it's based upon a, a panoply, a whole global approach, and it's not just, I accept what D'Arco says is good and I negate what D'Arco says is bad. What my whole presentation was, was to show that Mr. Kelley's letter is, is basically, he might be bad, and he could be bad, and he could have been involved, but the only evidence that's offered here, with regard to Mr. Furnari being involved, is the evidence that Mr. Casso said he did this on Mr. Furnari's behalf. What I was trying to do, and I spoke to him about that paragraph 7, is bring to the parole commission's attention that D'Arco was in jail from 83 to 86. You now know what that means. And we've accomplished that. D'Arco now says that he was in jail from 83 to 86 but he knows how it works. So if there was a homicide he would have had to have sanctioned it or he would have had to have given the instruction. That's a lot different than saying that Mr. Furnari was responsible for homicide. And especially since there's now been an acquiescence that they don't even know that there was a homicide that the Luchese family was responsible for or was involved in between that period of time. And that's a very important concession because it's not evidence. He's not

Furnari Tape
Page 35


DB:_____ the correct characterization what it said in the letter.

DB:    What it said in the letter is that it is D'Arco's understanding that virtually every murder contract carried out.  That implies that there was one.  We now have the acquiescence that he's going to look up and see if there was one.

DK:    I said that there was at least (unintelligible)

DB:    But, and, there was a point that was well taken.  There was a point that will take Mr., Mr. Kelley points out that Decicco was bombed.  We suggested very respectfully that bombing is not a way of dealing with an organized crime killing.  But Mr., Mr. Kelley shows you something when he says that Decicco was an upstart.  Decicco, and I'm sure Mr. McCabe is standing here, is sitting here, he's going to tell you that Decicco was John Gotti's underboss, he was the second in command of the largest crime family at the time in New York.  Decicco was not an upstart.  And for Mr. Kelley to try and throw in something like that, seems to me silly.  There was also another guy that was almost killed as a result of that bombing who the records would indicate was a very very close friend of Mr. Furnari's.  They talk about the meeting and that you asked the question and I think a very very pointed one, as to whether or not Mr. Furnari's residence was always under surveillance.  Mr. McCabe and Mr. Kelley indicated, it wasn't always, but it was, there was a plethora of surveillance with regard to it.  But that meeting also, according to Mr. Kelley's letter, included a Bobby Manna, who was a high-ranking member of another family.  And he was very very often under surveillance.  And it also included this man, "Chin" Gigante, who was under constant surveillance.  So we're talking about the geometric progression of the surveillance on Gigante, the surveillance of Furnari, and the surveillance of Manner, and how that would have impacted upon a meeting that allegedly took place, what we're relying upon, is Casso said he saw it.  And that's what I was trying to bring clearly to the attention of the parole commission.  They are relying totally on Casso.  An objection was made to the fact that I said that Chiodo was disbelieved in the United States v. Arnold case. The reason I said that was not because sometimes these guys tell the truth and are believed and sometimes not.  The reason I said that is because the exact allegation in Mr. Kelley's letter with regard to control over the painters' union was the subject matter of that case.  The testimony that is in here is the testimony that Chiodo gave that Mr. Furnari was a co-conspirator with Mr. Arnold with regard to this Wolford be.  That's why I brought it up. Not because he should or shouldn't be believed.  It was that testimony that this was laid at the feet of Mr. Furnari that was repudiated by a jury in the Eastern District of New York. In front of one of the most respected judges, uh, in the history and in the annals of the criminal justice system, Jack Weinstein, the author of every text on evidence in history. That's why I brought it up.  Not because sometimes they're believed and sometimes they're disbelieved.  The uh, I think you should know, that when Chiodo was shot twelve times,

Furnari Tape
Page 36

and this is what makes this whole thing so, it seems so, so crazy, when Chiodo was shot ten times, twelve times, he was shot by Al D'Arco's son, and Al D'Arco's order. That's what we're dealing with. When Chiodo was shot, it was at the order of Casso and Amuso, when, um, when D'Arco came in to become an informant, it was because it was a contract on him, by the same people, who had asked him to kill Solano and Petrocelli and the other fourteen others. But I would ask you because Mr. Kelley indicated that these murders, D'Arco admitted to fourteen or fifteen murders, that's why he's responsible, and Chiodo admitted to ten murders, and that's why he's responsible, you should take cognizance of the fact that every murder that D'Arco said he was involved in, and I don't think it's fourteen, I think he pleaded guilty to nine, and there's at least another ten, but that is not the point, the point is every one of those murders was committed between 89 and 91, when Amuso and Casso were running the family, when this guy, who Christopher Matisse, for whatever reason, they take exception, I'm telling you, that in that case, I sat there, and he was proffered, by the United States Attorney, as the expert on the Luchese crime family, and that's the way he was able to be called and to give an opinion, with regard to these items. The testimony is here. He laid at the feet of Casso, 187 murders. What kind of mental state. He, he deems it necessary to say that, well the guy who commits 187 murders can tell the truth. Maybe, but I want you folks to know on the parole commission, is that this man, by the FBI, is accused of being involved in 187 murders. The same thing with Chiodo's murders. They were all after 89. Remember Mr. Furnari was in jail from 1986, from November 16, I think it is, all these murders, all of these drugs, all of the nasty, that are, are being talked about, are events that occurred when Casso and Amuso took over the family.

Mr. Kelley, I think what, if I've accomplished one thing, I think it would be significant with regard to the hearing. This letter I believe was proffered, I know what the reason was, it was because the government feels, Mr. Kelley feels, that Mr. Furnari should do more time. We feel Mr. Furnari 120 months, you've told us that he's done 10 years on the sentence, he's eligible under the guidelines, we feel very very strongly, he's been tried. And he's been sentenced. And he done the time, for what he's been accused of, under the guidelines of the parole commission. We can't try each of these cases. It's physically impossible. We don't have the opportunity to examine the witnesses, to see, to have to process, that's what's important. For Mr. Kelley to be able to write a letter that keeps somebody in jail for the rest of his life, very serious, that's why you folks sit in between, the accused and the accuser, if I've been able to point out to you, that these allegations, and that the only real ones, are out of the mouth of Casso, a homicidal maniac, and I use those words very very carefully, after discussion with psychiatric experts, based upon his capacity to kill 187 people and to lie in order to achieve it with his use of narcotics and the like. Then I've accomplished a great deal, because that's all that's here. The D'Arco stuff is mere speculation. The Chiodo stuff has been repudiated by a jury. And that has nothing

Furnari Tape
Page 37

to do with a homicide.  That was a Mafia guy from Boston trying to take over the painters' union in New York and getting chased to Boston by Chiodo and Angelo defendants.  The last concept that Mr. Kelley tried to leave with you is that Mr. Furnari is revered.  And that he gets that from his informants.  That very well may be true.  And I've heard the same thing.  I've heard it from law enforcement.  I've heard it from the street.  But he was revered and respected as being someone, who someone can talk to, and someone can reason with, there is nothing, there is nothing, and I think it's important, in the D'Arco, Chiodo, or Carew discovery material, that indicates that this man was ever engaged in any of the violence that Mr. Kelley accuses us on.  Now, they didn't know anything when they were being debriefed about a parole hearing on December 3, 1996.  When D'Arco was debriefed, when he became Mr. Kelley's witness, he was asked to tell us everything that you ever did, and everything you ever know, about anyone in organized crime.  And he did.  According to him.  Chiodo, the same thing.  Carew, the same thing.  They would debrief their _____.  By the top experts in organized crime.  And at no time, during any of these debriefings, in any of these thousands of pages of testimony, or hundreds of pages of debriefings, did they ever implicate Chris Furnari Sr. in any of these acts of violence that are now included here.  Never happened.  Now, only when Mr. Kelley finds out that there's going to be a parole hearing in August, do we come up with Lee Schleifer was shot by Casso in 1975 at the, with the acquiescence of Mr. Furnari.  We have to put that into the equation.  Now, if Mr. Furnari was revered because somebody out in the street said, boy, things would be different, if Chris Furnari were here.  But things might be better if we didn't have that lunatic killing people, but things would be better.  That doesn't suggest for a minute, that there's a basis to say that Chris Furnari's going to go do anything at age 72, except bounce those kids on his knee.  It doesn't suggest anything that demand when you are talking, I constantly see on television, somebody says, who was the best heavyweight of all time?  Was it Joe Lewis?  Or was it Muhammad Ali?  Or was it Mike Tyson?  Yeah.  Maybe he would have been a better guy.  Or maybe he would have been a better guy.  Or maybe he would have been a better administrator.  But this is now.  This is after ten years in custody after paying his dues.  After 500 hours of training with the religion, doing his job, merely rating disputes, interacting properly with the administration, doing everything he is supposed to do.  Yeh, maybe it would have been better, but that's not what we're talking about and unless we have an opportunity to examine what he is basing this on.  What someone said.  Did Vic Amuso say or did someone in the street say, we've got a quorum that is going to deem him the next....its silly!  It really is silly to pull that out when each and every instance when someone was respected, they either murdered them or exiled them under threat of death.  I think I spoke enough for today, you've been very patient.  Thank you.

Alright Mr. Kelley let me give you the last few minutes.  But only a few.

Furnari Tape
Page 38

DK:    I'll need less than a few minutes. I'll just address a couple of points. I did call upstart. I called on upstart because the time when this occurred he was close to Gotti. This was in early 1986. Um the death of Dellacroce in early December of 95', followed by the murders about three weeks later of Castellano led to a complete takeover of the family. Gotti rose to boss and he took Decicco with him as underboss. And that is in the context when I labeled him as an upstart. He was made that way because he was a powerful member of the Gambino family. Um, and I think its also noteworthy that this person, Furnari, identifies Decicco, that person, as a close friend. He's a close friend because they are both immersed in organized crime. The second point I want to address is surveillance. Um, agents know or knew when they were conducting surveillance which certainly was not seven days a week. It was not 24 hours a day. They knew where they could find certain people. For Furnari, it was not his home. They did not look to find him at his home. They looked to find him at the Nineteenth Hole. It was a hangout for him, for his crew members, for the members most closely associated with his family. They wanted to see who Furnari's meeting was they went to the Nineteenth Hole, they didn't go to his home. I would suggest that Furnari was aware of that. Chiodo was shot by D'Arco's son. It was an order not issued independently by D'Arco on his own whim. It was an order passed on to him by Casso and Amuso, the proteges of this defendant, Furnari. I also as I said I would, I am not familiar with special agent _____?, although I would suggest I don't know that 187 murders is accurate. I don't suggest, I mean there are numerous murders that Furnari, excuse me, Casso was, has admitted to. I don't know if Mr. Breitbart is taking out the testimony, but what I will do is go back and read it in full. In any event if says that I may take issue with that going on the information that we have now and making it a more accurate assessment. Maybe its right, I'll be surprised if it is. In any event, I have not suggested for a moment that he hasn't committed countless murders. As have the other informants upon who jury's have divided convicting defendant's. Upon whom judges have relied on enhancing sentencing beyond what the sentencing guidelines permit. So I'm not sure it's really much more that a purfulition. The last issue I will say is Mr. Furnari made a good point. Furnari making a comparison between Furnari and heavyweights. He was indeed a heavyweight and he has the possibility of becoming the heavyweight again. Judge Owen recognized him to be a heavyweight. A heavyweight of La Cosa Nostra, the commission, the Mafia, the most powerful criminal cartel perhaps in the world. And because he recognized that, he sentenced him to 100 years. It was not Judge Owen's intention at the time that in ten years Furnari would walk out and have children bouncing on his knee. I think that the Parole Commission has been presented with relevant information so that you too can conclude that appropriate penalty here go well beyond the ten years and more. Fully fills out the sentence Judge Owen thought appropriate.

TS:    Mr. Furnari......

Furnari Tape
Page 39


DB:      I'd just like to add one more thing.

TS:      Very very quickly, please.

DB:      He's got as much shot as Muhammad Ali has now.

TS:      Okay, Mr. Furnari I am going to allow you if you have anything finally to say you're
         welcome to say it now.

Malcolm: I'll only need a few minutes.

TS:      Okay, I don't think so unless you're dealing with some kind of parole commission
         issue.

Malcolm:    I'm dealing with something entirely different.  I said I would not be redundant.

TS:      I will allow that but very very quickly.

Malcolm:    Briefly. In 1976 see Congress and the United States created the Parole
            Commission.   Parole Commission Organization Act.   And I think it is
            noteworthy for the Commission to consider the role of the Commission and
            the guidelines and when Congress created the Commission, it took into
            consideration sentences to be imposed by a _____? of 100 years. I sat
            on the commission and I have to stretch my memory to find how many cases,
            murders and what not to give 100 years.  And what Congress said is that
            the found determination is precisely how much time in someone would serve
            made by parole authority _____?  It all seem to weigh complex factors in
            making its decision.  My role was complementary.  In the first instance the
            role as an effect of balancing differences between judges and courts in the
            system are a wide and as diverse as the system.  And they mandated in
            1976 in these guidelines, the Parole Commission certainly has to look at the
            offence of earning, the prognosis of future behavior which is factor score that
            is very very good, number 8.  And the fact this is a case where despite what
            the court said, and I heard someone said when approaching a sentence,
            these these if Congress intended for people to serve more time than the ten
            years, Congress would have never mandated and that everyone is held for
            after ten years.  He is now 42 months over the guidelines. The appropriate
            guidelines in this case is 52 to 80 months....

Furnari Tape
Page 40

TAPE THREE SIDE ONE

Malcolm:    We strike out the Galenti and the other two murders which the government
            had already committed that he was not involved in. What do we have here,
            we have multiple offenses of category five, extortion. At most a category
            seven offense and we suggest to you Mr. Soleski, that the appropriate
            guidelines of 52 to 80 months, that the evidence here, and I have heard
            reputation of the business of the 187 murders, I would have some, with the
            statement of the judges and jurors have listened to these people and have
            excepted them as credible witnesses. I would trust a person like Mr. Casso
            any further than I could throw an elephant. Certainly in my fifty years of
            experience in the field of criminal justice, a person who was a mass murderer
            like that, he would do anything to get off the hook. So I hope the
            Commission would take into consideration where these allegations are
            coming from. I would urge the commission to release Mr. Furnari in the next
            two months when he would have been 42 months over the guidelines.

TS:         Thank you. Alright Mr. Furnari you said that there are no further statements that
            you wish to make. I will talk in a few moments about how we are going to handle
            this recommendation on my part. But, I do want to tell you that when the
            recommendation finally comes down based on the information that I finally receive
            from these gentlemen you should get the final decision back from the Commissioner
            within three weeks. Now that decision is appealable and the forms for that appeal
            are available here if you're not satisfied with the decision of the Commissioner,
            okay you understand that. Okay, I will go off the record after I take a moment, first
            I want to take a look at my schedule here.