TAM:KLM:all

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FURNARI, | : | Civil No. 4:CV-03-2046 |
| Petitioner | : | |
| | : | (Muir, J.) |
| v. | : | |
| | : | |
| U.S. PAROLE COMMISSION; | : | |
| WARDEN, FCI ALLENWOOD, | : | ELECTRONICALLY FILED |
| Respondents | : | |

**BRIEF IN SUPPORT OF RESPONDENTS' MOTION FOR LEAVE
TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Respondents request this Court to permit them to exceed the 15-page limit as provided in M.D. Pa. Local Rule 7.8 in filing their response to the petition for writ of habeas corpus. The reasons for this motion are as follows:

1. This is habeas action filed by and through legal counsel for Christopher Furnari, a federal inmate currently incarcerated at the Allenwood Federal Correctional Institution in White Deer, Pennsylvania ("FCI Allenwood").

2. Respondents are the United States Parole Commission and the Warden of FCI Allenwood.

3. Furnari claims that the United States Parole Commission ("Commission") violated his due process rights by relying on allegedly irrelevant facts which were not part of his

"present offense behavior." Furnari asserts that the Commission relied on "alleged prior criminality <u>entirely separate</u> from the offense of conviction" to set the offense severity category. Furnari alleges that the court did not understand this argument when he raised it in the previous petition. (Petitioner's Memorandum, p. 13.) Furnari claims that he did not argue that the Commission may never consider unrelated criminal conduct, but that the Commission may use such information only to set a parole date above the guideline range (*i.e.*, not to determine offense severity). (Memorandum, p. 14.) Furnari further argues that "The Parole Commission may also set the offense severity category based on criminal conduct which is part of the 'nature and circumstances' of the 'offense of conviction,' 18 U.S.C. §4206(a)(1976), even if the defendant has not been separately convicted for that conduct." (<u>Id</u>.) Finally, Furnari claims that the Commission's finding that he was accountable for multiple murders lacks a rational basis in the record distinct from information derived from Anthony Casso.

    4.   Respondents' response to the habeas petition is due on or before January 26, 2004.

    5.   Because of the numerous allegations raised in the petition and the need to address all of the underlying facts

relevant to each of the allegations, it may not be possible to fully address each of Furnari's allegations and respondents' response to each allegation in a 15-page brief.

      6.  Respondents submit that the response to the petition for writ of habeas corpus will be no longer than 30 pages in length, and likely less.

      7.  Furnari will not be prejudiced in granting this motion; indeed, granting this motion should assist Furnari in understanding all of respondents' responses.

      WHEREFORE, respondents request this Court to grant their request for leave to file a response to the petition for writ of habeas corpus in excess of the 15-page limit.

                        Respectfully submitted,

                          THOMAS A. MARINO
                        United States Attorney

                        s/ Kate L. Mershimer
                        KATE L. MERSHIMER
                        Assistant U.S. Attorney
                        Atty. I.D. No. PA37430
                        ANITA L. LIGHTNER
                        Paralegal Specialist
                        U.S. Attorney's Office
                        228 Walnut Street, 2nd Floor
                        Harrisburg, PA 17108-1754
                        Phone: 717-221-4482
                        Fax: 717-221-2246

Date: January 23, 2004

```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA
```

CHRISTOPHER FURNARI,            :       Civil No. 4:CV-03-2046
        Petitioner              :
                                :       (Muir, J.)
        v.                      :
                                :
U.S. PAROLE COMMISSION;         :
WARDEN, FCI ALLENWOOD,          :       ELECTRONICALLY FILED
        Respondents             :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 23rd day of January, 2004, she served a copy of the attached

**BRIEF IN SUPPORT OF RESPONDENTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

James H. Feldman, Jr.
Law Office of Allen Ellis
50 Rittenhouse Place
Ardmore, PA 19003

Peter Goldberger
Law Office of Peter Goldberger
50 Rittenhouse Place
Ardmore, PA 19003

/s Anita L. Lightner
ANITA L. LIGHTNER
Paralegal Specialist