TAM:KLM:all

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER FURNARI,<br>          Petitioner | :   Civil No. 4:CV-03-2046<br>:<br>:   (Muir, J.) |
| v. | : |
| U.S. PAROLE COMMISSION;<br>WARDEN, FCI ALLENWOOD,<br>          Respondents | :<br>:   ELECTRONICALLY FILED<br>: |

### EXHIBITS IN SUPPORT OF THE RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS

FILED
HARRISBURG, PA

JAN 2 6 2004

MARY E. D'ANDREA, CLERK
Per _____

THOMAS A. MARINO
United States Attorney

KATE L. MERSHIMER
Assistant U.S. Attorney
Atty. I.D. No. PA37430

ANITA L. LIGHTNER
Paralegal Specialist

U.S. Attorney's Office
228 Walnut Street, 2nd Floor
Harrisburg, PA 17108-1754
Phone: 717-221-4482
Fax: 717-221-2246

Date: January 26, 2004